UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| Angela Williams, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Steve Sisolak, et al., <br><br> Defendants. | Case No. 2:21-cv-01676-APG-VCF <br><br> **ORDER** <br><br> Motion for a Protective Order (ECF No. 2) |

Plaintiff Jane Doe filed a Motion for Protective Order and Leave to proceed Anonymously ECF No. 2. The complaint names 16 defendants, for whom summonses have issued but not yet returned. Due process requires that I stay briefing on this motion until the named defendants have been served with process, providing notice and an opportunity to be heard.

ACCORDINGLY,

I ORDER that briefing on Plaintiff Jane Doe's Motion for Protective Order and Leave to Proceed Anonymously, ECF No. 2, is stayed pending further order.

I FURTHER ORDER that the parties include the relief requested by Jane Doe during all 26(f) conferences and agree to a briefing schedule for filing any oppositions to this motion and a reply if necessary.

DATED this 14th day of September 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE