# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| ANGELA WILLIAMS, et al., | Case No.: 2:21-cv-01676-APG-VCF |
|---|---|
| Plaintiff | **Order Denying Motions to Dismiss as Moot** |
| v. | [ECF Nos. 36, 43] |
| STEVE SISOLAK, et al., | |
| Defendants | |

In light of the amended complaint (ECF No. 49),

I ORDER that the defendants' motions to dismiss **(ECF Nos. 36, 43) are DENIED as moot** because they are directed at the original complaint.

DATED this 15th day of November, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE