1  Jason D. Guinasso (SBN# 8478)
   HUTCHISON & STEFFEN, PLLC
2  5371 Kietzke Lane, NV 89511
3  775.853.8746
   *jguinasso@hutchlegal.com*
4
5  Benjamin W. Bull*
   Peter A. Gentala*
6  Dani Bianculli Pinter*
   Christen M. Price*
7  Pansy Watson*
8  NATIONAL CENTER ON
   SEXUAL EXPLOITATION  1201 F
9  Street NW, Suite 200 Washington,
   DC 20004  202.393.7245
10 *lawcenter@ncose.com*
11 *Admitted Pro Hac Vice Attorneys
   for Plaintiffs*
12

13
14
15                **UNITED STATES DISTRICT COURT**
16                      **DISTRICT OF NEVADA**

| | |
|---|---|
| 17  ANGELA WILLIAMS; JANE DOE #1; JANE DOE #2, | Case No. 2:21-cv-01676 |
| 18  Plaintiffs, | **ORDER APPROVING PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO DEFENDANT CLARK COUNTY MOTION TO STRIKE** |
| 19  v. | |
| 20  STEVE SISOLAK, Governor of Nevada, in his official capacity; AARON FORD, Attorney General of Nevada, in his official capacity; THE CITY OF LAS VEGAS; CLARK COUNTY; NYE COUNTY; WESTERN BEST, INC. D/B/A CHICKEN RANCH; WESTERN BEST LLC; JAMAL RASHID; MALLY MALL MUSIC, LLC; FUTURE MUSIC, LLC; PF SOCIAL MEDIA MANAGEMENT, LLC; E.P. SANCTUARY; BLU | **Judge: Honorable Andrew P. Gordon** |

MAGIC MUSIC, LLC;
EXCLUSIVE BEAUTY LOUNGE LLC; FIRST INVESTMENT PROPERTY LLC; V.I.P. ENTERTAINMENT, LLC; MP3 PRODUCTIONS, INC.; MMM PRODUCTIONS, INC.; SHAC, LLC D/B/A SAPPHIRE GENTLEMAN'S CLUB AND/OR SAPPHIRE; SHAC MT, LLC; and LAS VEGAS BISTRO, LLC D/B/A LARRY FLYNT'S HUSTLER CLUB;

Defendants.

Having reviewed and considered Plaintiffs' Motion for an Extension of Time to File an Opposition to Defendants Motion to Strike ("Motion") and all the papers filed in support of and in opposition to the Motion, and all other pleadings and papers on file herein, and good cause appearing, the Court hereby **APPROVES** Plaintiffs' Motion.

**IT IS SO ORDERED.**

Dated: November 24, 2021

The Hon. Andrew P. Gordon
United States District Judge