Ogonna M. Brown, Esq.
Nevada Bar No. 7589
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
Email: OBrown@lewisroca.com

*Attorneys for SHAC LLC and SHAC MT LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA WILLIAMS; JANE DOE;<br><br>Plaintiffs,<br><br>vs.<br><br>STEVE SISOLAK, Governor of Nevada in his official capacity; AARON FORD, Attorney General of Nevada, in his official capacity; THE CITY OF LAS VEGAS; CLARK COUNTY; NYE COUNTY; CHICKEN RANCH; JAMAL RASHID, MALLY MALL MUSIC, LLC, FUTURE MUSIC, LLC, PF SOCIAL MEDIA MANAGEMENT, LLC, E.P. SANCTUARY BLUE MAGIC MUSIC, LLC, EXCLUSIVE BEAUTY LOUNGE, LLC, FIRST INVESTMENT PROPERTY LLC, V.I.P. ENTERTAINMENT, LLC, MP3 PRODUCTIONS, INC., & MMM PRODUCTIONS, INC.<br><br>Defendants. | Case No.: 2:21-CV-01676-APG-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

SHAC LLC and SHAC MT LLC ("SHAC Defendants"), by and through their respective counsel of record, Ogonna M. Brown, Esq. of the law firm of Lewis Roca, and Plaintiff Angela Williams ("Plaintiff"), by and through her counsel Jason D. Guinasso, Esq. of the law firm of Hutchison & Steffen, PLLC, hereby stipulate and agree to the following:

116267018.1

1  WHEREAS, Plaintiff filed a First Amended Complaint ("Amended Complaint") in the above-captioned action on November 10, 2021 (Dkt. No. 49);

WHEREAS, the deadline for the SHAC Defendants to file a responsive pleading to Plaintiff's Amended Complaint is December 23, 2021;

WHEREAS, the SHAC Defendants have requested a 30-day extension from Plaintiff to file a responsive pleading to Plaintiff's Amended Complaint;

WHEREAS, this is the SHAC Defendants' first request for an extension of time to file a responsive pleading to the Amended Complaint;

WHEREAS, Plaintiff and the SHAC Defendants, through counsel, have conferred regarding a revised schedule for the responsive pleading and Plaintiff's response thereto; and

WHEREAS, the Parties agree that the following proposed stipulated revised schedule, below, is agreeable to the Parties.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, as follows:

1. The deadline for the SHAC Defendants to file a responsive pleading to Plaintiff's Amended Complaint is January 24, 2022.

2. The deadline for Plaintiff to file an opposition or response to the SHAC Defendants' responsive pleading is March 7, 2022, which date includes an additional four (4) weeks to file such opposition or response.

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

3.      The deadline for the SHAC Defendants to file a reply to Plaintiff's opposition or response is March 14, 2022, pursuant to LR 7-2(b).

| | |
|---|---|
| DATED: December 20, 2021. | DATED: December 20, 2021. |
| HUTCHISON & STEFFEN, PLLC | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| /s/ Jason D. Guinasso | /s/ Ogonna M. Brown, Esq. |
| Jason D. Guinasso, Esq.<br>Nevada Bar No. 8478<br>500 Damonte Ranch Parkway, Suite 980<br>Reno, Nevada 89521<br>Telephone: (775) 853-8746<br>Email: JGuinasso@hutchlegal.com | Ogonna M. Brown, Esq.<br>Nevada Bar No. 7589<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>Email: OBrown@lewisroca.com |
| Attorneys for Plaintiffs | Attorneys for SHAC LLC and SHAC MT LLC |

## ORDER

**IT IS SO ORDERED** as follows:

1.      The deadline for the SHAC Defendants to file a responsive pleading to Plaintiff's Complaint is **January 24, 2022**.

2.      The deadline for Plaintiff to file a response to the SHAC Defendants' responsive pleading is **March 7, 2022**, which date includes an additional four (4) weeks to file such opposition or response.

3.      The deadline for the SHAC Defendants to file a reply to Plaintiff's opposition or response is **March 14, 2022**, pursuant to LR 7-2(b)

Dated this 22nd day of December 2021.

_____
UNITED STATES MAGISTRATE JUDGE

- 3 -

116267018.1

## CERTIFICATE OF SERVICE

On December 21, 2021, I served the foregoing document on all parties appearing in this case when filing said document through the court's PACER system with automatic e-service on all persons who have registered for e-service on PACER for this case.

/s/ Nicole Lord

An Employee of Lewis Roca Rothgerber Christie LLP

- 4 -

116267018.1