## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

### CONSENT FOR ELECTRONIC SERVICE OF DOCUMENTS

I, _____Russell Greer_____, am representing myself and
             (Print Full Name)
consent to receive electronic notices of filings and/or delivery of documents by email.

I am providing my email address for the purpose of sending me electronic notice of any Order or other filing in my case with a link to the filed document.  I understand that hard (paper) copies of orders will no longer be sent to me by the Court.

I understand that if my email or mailing address changes, it is my responsibility to notify the Court in writing of my new email or mailing address.

I understand that email filters (SPAM filters) may interfere with my receipt of email notifications and I will ensure that my email will not filter out messages from **cmecf@nvd.uscourts.gov**.

I have already registered *or* will immediately register for a PACER account (Public Access to Court Electronic Records).

I understand that consenting to service by email does not authorize me to file my documents electronically.  I may request the court's authorization to register as an electronic filer by filing a separate written motion request (LR IC 2-1(b)).

Date: _____12-26-21_____  _____
                                        Signature

Email Address (Please print legibly):
_____russmark@gmail.com_____

Confirm Email Address:
_____russmark@gmail.com_____

Mailing Address:
_____P. O. Box 46602, Las Vegas, NV 89114_____

Telephone Number:
_____801-895-3501_____

Case Number(s):
_____2:21-cv-01676_____

**INSTRUCTIONS**
**FOR CONSENT FOR ELECTRONIC SERVICE OF DOCUMENTS**

1) Mail this completed Consent form and any changes of mailing and/or email address to the division of the Clerk's Office in which your case was originally filed.

>    U.S. District Court Clerk
>    Lloyd D. George U.S. Courthouse
>    333 Las Vegas Boulevard South, Room #1334
>    Las Vegas, NV 89101
>
>    U.S. District Court Clerk
>    Bruce R. Thompson U.S. Courthouse
>    400 S. Virginia Street, Room #301
>    Reno, NV 89501

2) To register for a PACER Account go to https://pacer.psc.uscourts.gov/pscof/registration.jsf

Important information regarding PACER usage and electronic notices from the Court:

- A Notice of Electronic Filing (NEF) will be sent to your email address each time something is filed in your case. This notice will contain a document number that is a hyperlink to the document in PACER.

- Pursuant to PACER's policy, you are allowed one "free look" at the document. It is highly recommended that you print or download the document the first time you view the document. After the one "free look", normal PACER fees will apply.

- The one "free look" to the hyperlink will expire after you look at the document the first time or after 15 days, whichever occurs first. Please check your email frequently.

- Additional electronic access to the docket sheet or case documents costs $0.10 per page.

- PACER has a quarterly billing cycle (every 3 months). If your PACER quarterly usage is $30.00 or less, your bill will be waived.