1  ZACHARY M. YOUNGSMA
   Nevada Bar No. 15680
2  **SHAFER & ASSOCIATES, P.C.**
   3800 Capital City Blvd., Ste. 2
3  Lansing, MI 48906
   T: 517-886-6560
4  F: 517-886-6565
   E: Zack@BradShaferLaw.com
5
   *Counsel for Defendant Las Vegas Bistro, LLC*
6

7  DEANNA L. FORBUSH*
   Nevada Bar No. 6646
8  **FOX ROTHSCHILD LLP**
   1980 Festival Plaza Dr. Ste. 700
9  Las Vegas, Nevada 89135
   T: 702-262-6899
10 F: 702-597-5503

11 * *Designated Nevada Attorney Pursuant to LR IA 11-1(b) and Nev. Sup. Ct. R. 42.1*

12                    UNITED STATES DISTRICT COURT

13                          DISTRICT OF NEVADA

| | |
|---|---|
| 14  ANGELA WILLIAMS; JANE DOE #1; JANE DOE #2, | Case No.: 2:21-cv-01676-APG-VCF |
| 15         Plaintiffs, | Honorable: Andrew P. Gordon |
| 16  v. | |
| 17  STEVE SISOLAK, Governor of Nevada, in his official capacity; AARON FORD, Attorney General of Nevada, in his official capacity; THE CITY OF LAS VEGAS; CLARK COUNTY; NYE COUNTY; WESTERN BEST, INC. D/B/A CHICKEN RANCH; WESTERN BEST LLC; JAMAL RASHID; MALLY MALL MUSIC, LLC; FUTURE MUSIC, LLC; PF SOCIAL MEDIA MANAGEMENT, LLC; E.P. SANCTUARY; BLUE MAGIC MUSIC, LLC; EXCLUSIVE BEAUTY LOUNGE, LLC; FIRST INVESTMENT PROPERTY, LLC; V.I.P. ENTERTAINMENT, LLC; MP3 PRODUCTIONS, INC.; MMM PRODUCTIONS, INC.; | STIPULATION AND ~~[PROPOSED]~~ ORDER TO ABATE ALL OF DEFENDANT LAS VEGAS BISTRO LLC'S APPLICABLE DEADLINES UNTIL SUCH A TIME AS THIS COURT ISSUES AN ORDER ON PLAINTIFFS' MOTION FOR PROTECTIVE ORDER (DOC. 50) AND RESET THEM ACCORDINGLY<br><br>(FIRST REQUEST) |

SHAC, LLC D/B/A SAPPHIRE GENTLEMEN'S CLUB AND/OR SAPPHIRE; SHAC MT, LLC; and LAS VEGAS BISTRO, LLC D/B/A LARRY FLYNT'S HUSTLER CLUB,

    Defendants

COMES NOW Defendant Las Vegas Bistro, LLC, by and through its counsel of record, and Plaintiffs Angela Williams; Jane Doe #1; and Jane Doe #2 (collectively, with Defendant, the "Parties"), by and through her counsel Jason D. Guinasso, hereby stipulate and agree to the following:

1. Plaintiff filed her First Amended Complaint (the "FAC") on November 10, 2021, [Doc. 49], which added, for the first time, Defendant Las Vegas Bistro, LLC. Defendant was served on December 3, 2021. [Doc. 74].

2. The deadline for Defendant to file a responsive pleading to the FAC is December 27, 2021.

3. The deadline for Defendant to file its initial disclosures pursuant to Fed. R. Civ. P. 26 is December 30, 2021. [Doc. 93].

4. In order to assess the claims against Defendant, Defendant requires certain identifying information from Plaintiff Jane Doe # 2 in order to access Defendants' records. Plaintiffs do not wish to disclose Jane Doe # 2's identifying information absent a protective order; however, this Court has not yet ruled on Plaintiffs' Motion for Protective Order. [Doc. 50]. The Parties briefly discussed entering into a temporary protective order; however, Plaintiffs determined they were unable to disclose Jane Doe # 2's identity until such a time as they are able to explain their concerns regarding the disclosure of Jane Doe # 2's identity at the hearing on their Motion for Protective Order, [Doc. 50], directly to the Court.

5. Defendant maintains extensive records or all of its employees and the entertainers who perform on its premises. These records can be accessed by a number

of different queries including by name, social security number, employee and/or dancer identification number, date of birth, and email address. The most reliable way of accessing these records are by the last four of a social security number and the individual's name. All employees and entertainers who perform on Defendant's premises enter into binding arbitration agreements with Defendant. Further, all entertainers who perform on Defendant's premises enter into a contract with Defendant. Jane Doe # 2 alleges to have been an entertainer that performed on Defendant's premises. [FAC, Doc. 49, at ¶¶ 275, 278, 305]. Without some identifying information for Jane Doe # 2, Defendant cannot assess whether Jane Doe # 2 actually performed on Defendant's premises or whether, if she did in fact perform on Defendant's premises, her claims would be subject to arbitration.

6. Defendant does not wish to take any actions that could be construed as inconsistent with the right to arbitrate. *See, e.g.*, Newirth by & through Newirth v. Aegis Senior Communities, LLC, 931 F.3d 935, 942 & n.10 (9th Cir. 2019).

7. Because Defendant cannot access its records to both assess Jane Doe # 2's claims and locate her arbitration agreement with Defendant in the event she did perform on its premises; because Bistro does not wish to waive its right to arbitrate, given that Bistro has already engaged in scheduling conferences, by filing dispositive motions, joining in dispositive motions, and/or engaging in discovery by serving its initial disclosures under Fed. R. Civ. P. 26, Defendant Las Vegas Bistro, LLC requests, and Plaintiffs agree to, abate all deadlines applicable to Defendant Las Vegas Bistro, LLC and reset those deadlines that have accrued as of the of this Court's entry of its final order on Plaintiffs' Motion for Protective Order, [Doc. 50], to twenty-one (21) days following entry of said order. The Parties request all remaining deadlines be governed by the applicable Federal Rules, this Court's Local Rules, and/or this Court's Orders.

**THEREFORE**, it is hereby stipulated and agreed, by and between Defendant Las Vegas Bistro, LLC and Plaintiffs Angela Williams; Jane Doe #1; and Jane Doe #2,

through their undersigned counsel, that all deadlines applicable to Defendant Las Vegas Bistro, LLC are abated and those deadlines that, as of the date of this Court's entry of its final order on Plaintiffs' Motion for Protective Order, [Doc. 50], have accrued are hereby reset as due on or before twenty-one (21) days after this Court's entry of its final Order on Plaintiffs' Motion for Protective Order, [Doc. 50]. All remain deadlines shall be governed by the applicable Federal Rules, this Court's Local rules, and/or this Court's Orders.

Dated: December 28, 2021                                    Respectfully Submitted,

/s/ Jason D. Guinasso                                       /s/ Zachary M. Youngsma
Jason D. Guinasso, Esq.                                     Zachary M. Youngsma
Nevada Bar No. 8478                                         Nevada Bar No. 15680
500 Damonte Ranch Parkway, Suite 980                        **Shafer & Associates, P.C.**
Reno, Nevada 89521                                          3800 Capital City Blvd., Ste. 2
T: 775-853-8746                                             Lansing, MI 48906
E: JGuinasso@hutchlegal.com                                 T: 517-886-6560
                                                            F: 517-886-6565
*Attorneys for Plaintiffs*                                  E: Zack@BradShaferLaw.com

                                                            *Counsel for Defendant Las Vegas Bistro, LLC*

STIPULATION AND [PROPOSED] ORDER TO ABATE ALL OF DEFENDANT LAS VEGAS BISTRO LLC'S APPLICABLE DEADLINES UNTIL SUCH A TIME AS THIS COURT ISSUES AN ORDER ON PLAINTIFFS' MOTION FOR PROTECTIVE ORDER (DOC. 50) AND RESET THEM ACCORDINGLY

# ORDER

**IT IS SO ORDERED** as follows: all applicable deadlines for Defendant Las Vegas Bistro, LLC are hereby abated. Those deadlines that, as of the date of this Court's entry of its final order on Plaintiffs' Motion for Protective Order, [Doc. 50], have accrued are hereby reset as due on or before twenty-one (21) days after this Court's entry of its final Order on Plaintiffs' Motion for Protective Order, [Doc. 50]. All ~~remain~~ remaining deadlines shall be governed by the applicable Federal Rules, this Court's Local rules, and/or this Court's Orders.

Dated this 28th day of December 2021.

_____
UNITED STATES MAGISTRATE JUDGE

- 5 -
STIPULATION AND [PROPOSED] ORDER TO ABATE ALL OF DEFENDANT LAS VEGAS BISTRO LLC'S APPLICABLE DEADLINES UNTIL SUCH A TIME AS THIS COURT ISSUES AN ORDER ON PLAINTIFFS' MOTION FOR PROTECTIVE ORDER (DOC. 50) AND RESET THEM ACCORDINGLY

# CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

>  /s/ Zachary M. Youngsma
> Zachary M. Youngsma
> Nevada Bar No. 15680
> **SHAFER & ASSOCIATES, P.C.**

STIPULATION AND [PROPOSED] ORDER TO ABATE ALL OF DEFENDANT LAS VEGAS BISTRO LLC'S APPLICABLE DEADLINES UNTIL SUCH A TIME AS THIS COURT ISSUES AN ORDER ON PLAINTIFFS' MOTION FOR PROTECTIVE ORDER (DOC. 50) AND RESET THEM ACCORDINGLY