Jason D. Guinasso, Esq
Nevada Bar No. 8478
jguinasso@hutchlegal.com
HUTCHISON & STEFFEN, PLLC
5371 Kietzke Lane
Reno, NV 89511
Telephone: (775) 853-8746
Fax: (775) 201-9611

Benjamin W. Bull*
Peter A. Gentala*
Dani Bianculli Pinter*
Pansy Watson*
NATIONAL CENTER ON SEXUAL EXPLOITATION
1201 F Street NW, Suite 200
Washington, DC 20004
(202) 393-7245
lawcenter@ncose.com

**Admitted Pro Hac Vice*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANGELA WILLIAMS; JANE DOE #1; JANE DOE #2,<br><br>Plaintiffs,<br><br>v.<br><br>STEVE SISOLAK, Governor of Nevada, in his official capacity; AARON FORD, Attorney General of Nevada, in his official capacity; THE CITY OF LAS VEGAS; CLARK COUNTY; NYE COUNTY; WESTERN BEST, INC. D/B/A CHICKEN RANCH; WESTERN BEST LLC; JAMA RASHID; MALLY MALL MUSIC, LLC; FUTURE MUSIC, LLC; PF SOCIAL MEDIA MANAGEMENT, LLC; E.P. SANCTUARY; BLU MAGIC MUSIC, LLC; EXCLUSIVE BEAUTY LOUNGE, LLC; FIRST INVESTMENT PROPERTY, LLC; V.I.P. ENTERTAINMENT, LLC; MP3 PRODUCTIONS, INC.; MMM PRODUCTIONS, INC.; | CASE NO.: 2:21-cv-01676-APG-VCF<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE SCHEDULED FOR JANUARY 7, 2022 [FIRST REQUEST]** |

SHAC, LLC D/B/A SAPPHIRE GENTLEMAN'S CLUB AND/OR SAPPHIRE; SHAC MT, LLC; and LAS VEGAS BISTRO, LLC D/B/A LARRY FLYNT'S HUSTLER CLUB,

Defendants.

COMES NOW Plaintiffs Angela Williams; Jane Doe #1; and Jane Doe #2, by and through their counsel of record, HUTCHISON & STEFFEN, PLLC, Defendants STEVE SISOLAK, Governor of Nevada and AARON FORD, Attorney General of Nevada, by and through their counsel of record THE NEVADA STATE ATTORNEY GENERAL'S OFFICE, THE CITY OF LAS VEGAS by and through their counsel of record THE LAS VEGAS CITY ATTORNEY'S OFFICE, CLARK COUNTY by and through its counsel of record CLARK COUNTY DISTRICT ATTORNEY CIVIL DIVISION, NYE COUNTY by and through its counsel of record THORPE & SWAINSTON, LTD., LAS VEGAS BISTRO, LLC D/B/A LARRY FLYNTS HUSTLER CLUB by and through its counsel of record SHAFER & ASSOCIATES, P.C, WESTERN BEST, INC. D/B/A CHICKEN RANCH and WESTERN BEST, LLC by and through its counsel of record FOX ROTHSCHILD LLP, SHAC, LLC DBA SAPPHIRE GENTLEMAN'S CLUB and/or SAPPHIRE AND SHAC, MT, LLC by and through their counsel of record LEWIS ROCA ROTHGERBER CHRISTIE, LLP, hereby stipulate and agree to the following:

1. This is the First Request for Continuance.
2. Good cause exists to continue the Status Conference scheduled for January 7, 2022 at 10:00a.m. due to Plaintiff's Lead counsel's illness from COVID.
3. The Status Conference Scheduled in this matter for January 7, 2022 shall be vacated.
4. The parties further agree that the Status Conference originally scheduled for January 7, 2022 be continued at least two weeks from the date of January 7, 2022 at a time the court designates.

**IT IS SO STIPULATED.**

DATED this 6th day of January, 2022.

**HUTCHINSON & STEFFEN, PLLC**

*/s/ Jason D. Guinasso*

Jason D. Guinasso, Esq.
Nevada Bar No. 8478
5371 Kietzke Lane
Reno, Nevada 89511
Tel: (775) 853.8746
Fax: (775) 201.9611
jguinasso@hutchlegal.com
*Attorney for Plaintiffs*

DATED this 6th day of January, 2022.

**FOX ROTHSCHILD LLP**

*/s/ Deanna Forbush*

Deanna Forbush
Nevada Bar No. 6646
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 699-5169
Facsimile: (702) 597-5503
Dforbush@foxrothschild.com
*Attorneys for Defendants Western Best, LLC and Western Best Inc. d/b/a Chicken Ranch*

DATED this 6th day of January, 2022.

*/s/ Joel K. Browning*

Joel K Browing
Clark County District Attorney Civil Division 500 S. Grand Central Pkwy., #5075 Las Vegas, NV 89155-2215 702-455-4761 702-382-5178 (fax)
joel.browning@clarkcountyda.com

*Attorney for Defendant Clark County*

DATED this 6th day of January, 2022.

*/s/ Gregory Louis Zunino*

Gregory Louis Zunino
Nevada State Attorney General's Office 100 N Carson Street Carson City, NV 89701 775-684-1137 775-684-1108 (fax) GZunino@ag.nv.gov

*Attorney for Defendants Aaron Ford and Steve Sisolak*

DATED this 6th day of January, 2022.

*/s/ Brent Ryman.*

Paul M Bertone
Brent L Ryman
Erickson Thorpe & Swainston Ltd
99 W Arrroyo St
PO Box 3559
Reno, NV 89509
Telephone: 775-786-3930
Fax: 775-786-4160
pbertone@etsreno.com
bryman@etsreno.com

*Attorney for Nye County*

DATED this 6th day of January, 2022.

*/s/ Zachary M. Youngsma*

Zachary M. Youngsma
Nevada Bar No. 15680
SHAFER & ASSOCIATES, P.C.
3800 Capital City Blvd., Ste. 2
Lansing, MI 48906
T: 517-886-6560
F: 517-886-6565
E: Zack@BradShaferLaw.com
*Attorney for Defendant Las Vegas Bistro, LLC*

*Attorney for Defendant Las Vegas Bistro, LLC*

DATED this 6th day of January, 2022.

*/s/ Jeffrey Galliher.*

Jeffrey L Galliher
LAS VEGAS CITY ATTORNEY'S OFFICE
495 S. MAIN STREET, 6TH FLR
Las Vegas, NV 89101
Telephone: 702-229-6629
Fax: 702-386-1749
jgalliher@lasvegasnevada.gov

*Attorney for The City of Las Vegas*


**ORDER**

IT IS HEREBY ORDERED that good cause to continue the Status Conference Scheduled for January 7, 2022 at 10:00a.m., due to lead counsel for Plaintiffs becoming ill with COVID, the Status Conference Plaintiff. IT IS FURTHER ORDERED THAT the Status Conference Scheduled in this matter for January 7, 2022 shall be vacated. IT IS FURTHER ORDERED THAT the Status Conference originally scheduled for January 7, 2022 shall be continued to January 27, 2022 at 10:00 am.

**IT IS SO ORDERED** this 6th day of January, 2022.

______________________________
Cam Ferenbach
United States Magistrate Judge

Respectfully Submitted by:
**HUTCHISON & STEFFEN, PLLC**

By: */s/ Jason D. Guinasso*____________
Jason D. Guinasso
Nevada Bar No. 8478
HUTCHISON & STEFFEN, PLLC
5371 Kietzke Lane
Reno, NV 89511
*Attorney Plaintiffs*

**ELECTRONIC CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that on this 6th day of January, 2022, a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE SCHEDULED FOR JANUARY 7, 2022** was electronically filed with the United States District Court. Electronic service of the foregoing document shall be made in accordance with the Master Service List as follows:

**Defendant**

**Steve Sisolak**
*Governor of Nevada*

represented by **Gregory Louis Zunino**
Nevada State Attorney General's Office 100 N Carson Street Carson City, NV 89701
775-684-1137
Fax: 775-684-1108
Email: GZunino@ag.nv.gov, sgeyer@ag.nv.gov

**Defendant**

**Aaron Ford**
*Attorney General of Nevada*

represented by **Gregory Louis Zunino**
(See above for address)

**Defendant**

**The City of Las Vegas**

represented by **Jeffrey L Galliher**
Las Vegas City Attorney's Office
495 S Main Street, 6th Flr
Las Vegas, NV 89101
702-229-6629
Fax: 702-386-1749
Email: jgalliher@lasvegasnevada.gov, ccorwin@lasvegasnevada.gov, ckelly@lasvegasnevada.gov, jandrews@lasvegasnevada.gov, khansen@lasvegasnevada.gov

**Defendant**
**Clark County**                         represented by **Joel K Browning**
                                         Clark County District Attorney Civil Division
                                         500 S. Grand Central Pkwy, #5075
                                         Las Vegas, NV 89155-2215
                                         702-455-4761
                                         Fax: 702-382-5178
                                         Email: joel.browning@clarkcountyda.com,
                                         christine.wirt@clarkcountyda.com,
                                         Tawana.Thomas@clarkcountyda.com

**Defendant**
**Nye County**                           represented by **Brent L Ryman Erickson**
                                         Thorpe & Swainston, Ltd.
                                         99 W. Arroyo
                                         P.O. Box 3559
                                         Reno, NV 89505
                                         775-786-3930
                                         Fax: 775-786-4160
                                         Email: bryman@etsreno.com,
                                         daguirre@etsreno.com, lligouri@etsreno.com

**Defendant**
Las Vegas Bistro, LLC D/B/A
Larry Flynt's Hustler Club               represented by **Zachary Youngsma**
                                         c/o Deanna L. Forbush
                                         Fox Rothschild LLP
                                         198 Festival Plaza Drive, Suite 700
                                         Las Vegas, Nevada 89135
                                         702-262-6899
                                         Fax: 702-597-5503
                                         Email: dforbush@foxrothschild.com;
                                         zach@bradshaferlaw.com

**Defendant**
Western Best Inc. D/B/A
Chicken Ranch
                                         represented by **Deanna L. Forbush**
                                         Fox Rothschild LLP
                                         198 Festival Plaza Drive, Suite 700
                                         Las Vegas, Nevada 89135
                                         702-262-6899
                                         Fax: 702-597-5503
                                         Email: dforbush@foxrothschild.com

**Defendant**
Western Best LLC

represented by **Deanna L. Forbush**
Fox Rothschild LLP
198 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
702-262-6899
Fax: 702-597-5503
Email: dforbush@foxrothschild.com

**Defendant**
SHAC, LLC d/b/a Sapphire Gentlemen's Club and/or Sapphire

Represented by:
Lewis Roca Rothgerber Christie LLP
Hughes Center
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169-5996
702.474.2622
702.949.8298 (fax)
E-mail: OBrown@lrrc.com

**Defendant**
SHAC, MT, LLC

Represented by:
Lewis Roca Rothgerber Christie LLP
Hughes Center
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169-5996
702.474.2622
702.949.8298 (fax)
E-mail: OBrown@lrrc.com

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that on this 6th day of January, 2022, **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE SCHEDULED FOR JANUARY 7, 2022** was electronically filed with the United States District Court. I caused service via US Mail upon the following:

**Defendant**
Jamal Rashid
Federal Correction Institution
Sheridan at 27072 SW Ballston Rd.
Sheridan, OR 97378
(Inmate #45040-509)

**Defendant**
Mally Mall Music, LLC
Attn: Jamal Rashid
Federal Correction Institution Sheridan
27072 SW Ballston Rd.
Sheridan, OR 97378
(Inmate #45040-509)

**Defendant**
E.P. Sanctuary
Attn: Jamal Rashid
Federal Correction Institution Sheridan
27072 SW Ballston Rd.
Sheridan, OR 97378
(Inmate #45040-509)

**Defendant**
Blu Magic Music, LLC
Attn: Jamal Rashid
Federal Correction Institution Sheridan
27072 SW Ballston Rd.
Sheridan, OR 97378
(Inmate #45040-509)

**Defendant**
Exclusive Beauty Lounge, LLC
Attn: Jamal Rashid
Federal Correction Institution Sheridan
27072 SW Ballston Rd.
Sheridan, OR 97378
(Inmate #45040-509)

**Defendant**
First Investment Property LLC
Attn: Jamal Rashid
Federal Correction Institution Sheridan
27072 SW Ballston Rd.
Sheridan, OR 97378
(Inmate #45040-509)

**Defendant**
V.I.P Entertainment, LLC
Attn: Jazz A.
2764 N Green Valley Pkwy #400
Henderson, NV, 89014

**Defendant**
MP3 Productions, INC.,
c/o Registered Agent: Nevada Corporate Headquarters, Inc.
4730 S Fort Apache Rd, Suite 300,
Las Vegas, NV, 89147

**Defendant**
MMM Productions, INC,
Attn: Jamal Rashid
Federal Correction Instutuion
Sheridan at 27072 SW Ballston Rd.
Sheridan, OR 97378
(Inmate #45040-509)

DATED this 5th day of January, 2022

BY: /s/Bernadette Francis
An Employee of Hutchison & Steffen, PLLC