Jason D. Guinasso, Esq
Nevada Bar No. 8478
jguinasso@hutchlegal.com
HUTCHISON & STEFFEN, PLLC
5371 Kietzke Lane
Reno, NV 89511
Telephone: (775) 853-8746
Fax:  (775) 201-9611

Benjamin W. Bull*
Peter A. Gentala*
Dani Bianculli Pinter*
Pansy Watson*
NATIONAL CENTER ON SEXUAL EXPLOITATION
1201 F Street NW, Suite 200
Washington, DC 20004
(202) 393-7245
lawcenter@ncose.com

*Admitted Pro Hac Vice
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA WILLIAMS; JANE DOE #1; JANE DOE #2,<br><br>Plaintiffs,<br><br>v.<br><br>STEVE SISOLAK, Governor of Nevada, in his official capacity; AARON FORD, Attorney General of Nevada, in his official capacity; THE CITY OF LAS VEGAS; CLARK COUNTY; NYE COUNTY; WESTERN BEST, INC. D/B/A CHICKEN RANCH; WESTERN BEST LLC; JAMA RASHID; MALLY MALL MUSIC, LLC; FUTURE MUSIC, LLC; PF SOCIAL MEDIA MANAGEMENT, LLC; E.P. SANCTUARY; BLU MAGIC MUSIC, LLC; EXCLUSIVE BEAUTY LOUNGE, LLC; FIRST INVESTMENT PROPERTY, LLC; V.I.P. ENTERTAINMENT, LLC; MP3 PRODUCTIONS, INC.; MMM PRODUCTIONS, INC.; | CASE NO.:   2:21-cv-01676<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO ANSWER DEFENDANT'S MOTION TO DISMISS [DOCKET #98] AND WESTERN DEFENDANT'S PRESERVATION OF RIGHT TO OPPOSE PLAINTIFFS' MOTIONS FOR PROTECTIVE ORDERS [DOCKET #2 AND DOCKET #50]**<br><br>**[FIRST REQUEST]** |

129343771.1

|   |
|---|
| SHAC, LLC D/B/A SAPPHIRE GENTLEMAN'S CLUB AND/OR SAPPHIRE; SHAC MT, LLC; and LAS VEGAS BISTRO, LLC D/B/A LARRY FLYNT'S HUSTLER CLUB, <br><br> Defendants. |

COMES NOW Plaintiffs, Angela Williams, Jane Doe #1, and Jane Doe #2, by and through their counsel of record, HUTCHISON & STEFFEN, PLLC, and Defendants, Western Best, Inc d/b/a Chicken Ranch and Western Best, LLC ("Defendants"), by and through their counsel of record, the law firm of FOX ROTHSCHILD LLP, hereby stipulate and agree to the following regarding Defendants' Motion to Dismiss filed on December 23, 2021 [Docket #98]:

1. This is the first stipulation for extension of time to file a response to Defendants' Motion to Dismiss [Docket #98];

2. Plaintiffs Angela Williams, Jane Doe #1, and Jane Doe #2 have a two-week extension to file and opposition to Defendants' Motion to Dismiss [Docket # 98], extending their deadline to respond to January 20, 2022; and

3. The reason for the extension is Pursuant to Local Rules, Plaintiffs Angela Williams, Jane Doe #1, and Jane Doe #2 have "fourteen days after service of the response" to file their reply. See LR 7-2(b). Fourteen days after the service of the response is Thursday, January 6, 2022. Counsel for Plaintiffs Angela Williams, Jane Doe #1, and Jane Doe #2 took an extended holiday from December 24, 2021, until January 4, 2022, to visit friends and family out of state in conjunction with the Christmas and New Year's holidays. Additionally, now legal counsel for Plaintiffs has not contracted COVID. Accordingly, it is agreed that the above extension is agreed upon with good cause.

4. Defendants preserve the right to respond to Plaintiffs' Motions for Protective Orders [Docket #2 and Docket #50], but will not be required to do so until the Court rules on all the currently pending dispositive motions. Plaintiffs will not seek a ruling on their respective Motions for Protective Orders until Defendants are permitted a reasonable

129343771.1

1 | period of time to oppose the same.

2 | **IT IS SO STIPULATED.**

3 |

4 | DATED this 5th day of January, 2022.     DATED this 5h day of January, 2022.

5 | **FOX ROTHSCHILD LLP**                    **HUTCHINSON & STEFFEN, PLLC**

6 | /s/ Deanna L. Forbush

  | _____              /s/ Jason D. Guinasso
7 | Deanna L. Forbush                         Jason D. Guinasso, Esq.
  | Nevada Bar No. 6646                       Nevada Bar No. 8478
8 | Rex D. Garner                             5371 Kietzke Lane
  | Nevada Bar No. 9401                       Reno, Nevada 89511
9 | John M. Orr                               Tel: (775) 853.8746
  | Nevada Bar No. 14251                      Fax: (775) 201.9611
10| 1980 Festival Plaza Drive, Suite 700      jguinasso@hutchlegal.com
  | Las Vegas, NV 89135                       *Attorney for Plaintiffs*
11| Telephone: (702) 699-5169
  | Facsimile:  (702) 597-5503
12| Dforbush@foxrothschild.com
  | Rgarner@foxrothscild.com
13| Jorr@foxrothschild.com

14| *Attorneys for Defendants Western Best, LLC and Western Best Inc. d/b/a Chicken Ranch*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

129343771.1

**ORDER**

IT IS HEREBY ORDERED that Plaintiffs, Angela Williams; Jane Doe #1; and Jane Doe #2 have an extension of time for Plaintiffs to file their Response to Defendants' Motion to Dismiss [Docket # 98] to **January 20, 2022.**

/ / / /

/ / / /

/ / / /

/ / / /

**IT IS SO ORDERED** this 10th day of January, 2022.

_____
DISTRICT COURT JUDGE

Respectfully Submitted by:
**HUTCHISON & STEFFEN, PLLC**


By: /s/ *Jason D. Guinasso*_____
Jason D. Guinasso
Nevada Bar No. 8478
HUTCHISON & STEFFEN, PLLC
5371 Kietzke Lane
Reno, NV 89511
*Attorney Plaintiffs*

129343771.1

|  |  |
|---|---|
| 1 | **ELECTRONIC CERTIFICATE OF SERVICE** |

Pursuant to FRCP 5(b), I hereby certify that on this 5th day of January, 2022, I electronically filed a true and correct copy of the **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO ANSWER DEFENDANT'S MOTION TO DISMISS [DOCKET #98] AND WESTERN DEFENDANT'S PRESERVATION OF RIGHT TO OPPOSE PLAINTIFFS' MOTIONS FOR PROTECTIVE ORDERS** which was electronically filed with the United States District Court. Electronic service of the foregoing document shall be made in accordance with the Master Service List as follows:

**Defendant**

| | |
|---|---|
| **Steve Sisolak**<br>*Governor of Nevada* | represented by **Gregory Louis Zunino**<br>Nevada State Attorney General's Office 100 N Carson Street Carson City, NV 89701<br>775-684-1137<br>Fax: 775-684-1108<br>Email: GZunino@ag.nv.gov, sgeyer@ag.nv.gov |

**Defendant**

| | |
|---|---|
| **Aaron Ford**<br>*Attorney General of Nevada* | represented by **Gregory Louis Zunino**<br>(See above for address) |

**Defendant**

| | |
|---|---|
| **The City of Las Vegas** | represented by **Jeffrey L Galliher**<br>Las Vegas City Attorney's Office<br>495 S Main Street, 6th Flr<br>Las Vegas, NV 89101<br>702-229-6629<br>Fax: 702-386-1749<br>Email: jgalliher@lasvegasnevada.gov, ccorwin@lasvegasnevada.gov, ckelly@lasvegasnevada.gov, jandrews@lasvegasnevada.gov, khansen@lasvegasnevada.gov |

129343771.1

| | | |
|---|---|---|
| 1 | **Defendant** | |
| 2 | **Clark County** | represented by **Joel K Browning** |
| | | Clark County District Attorney Civil Division |
| 3 | | 500 S. Grand Central Pkwy, #5075 |
| | | Las Vegas, NV 89155-2215 |
| 4 | | 702-455-4761 |
| | | Fax: 702-382-5178 |
| 5 | | Email: joel.browning@clarkcountyda.com, |
| | | christine.wirt@clarkcountyda.com, |
| 6 | | Tawana.Thomas@clarkcountyda.com |
| 7 | | |
| | **Defendant** | |
| 8 | **Nye County** | represented by **Brent L Ryman Erickson** |
| | | Thorpe & Swainston, Ltd. |
| 9 | | 99 W. Arroyo |
| | | P.O. Box 3559 |
| 10 | | Reno, NV 89505 |
| | | 775-786-3930 |
| 11 | | Fax: 775-786-4160 |
| 12 | | Email: bryman@etsreno.com, |
| | | daguirre@etsreno.com, lligouri@etsreno.com |
| 13 | | |
| | **Defendant** | |
| 14 | Las Vegas Bistro, LLC D/B/A | |
| 15 | Larry Flynt's Hustler Club | represented by **Zachary Youngsma** |
| | | c/o Deanna L. Forbush |
| 16 | | Fox Rothschild LLP |
| | | 198 Festival Plaza Drive, Suite 700 |
| 17 | | Las Vegas, Nevada 89135 |
| | | 702-262-6899 |
| 18 | | Fax: 702-597-5503 |
| | | Email: dforbush@foxrothschild.com; |
| 19 | | zach@bradshaferlaw.com |
| 20 | | |
| 21 | **Defendant** | |
| | Western Best Inc. D/B/A | |
| 22 | Chicken Ranch | |
| 23 | | represented by **Deanna L. Forbush** |
| | | Fox Rothschild LLP |
| 24 | | 198 Festival Plaza Drive, Suite 700 |
| | | Las Vegas, Nevada 89135 |
| 25 | | 702-262-6899 |
| | | Fax: 702-597-5503 |
| 26 | | Email: dforbush@foxrothschild.com |
| 27 | | |
| 28 | | |

Page 6 of 9

129343771.1

| | |
|---|---|
| 1 | **Defendant** |
| | Western Best LLC |
| 2 | represented by **Deanna L. Forbush** |
| 3 | Fox Rothschild LLP |
| | 198 Festival Plaza Drive, Suite 700 |
| 4 | Las Vegas, Nevada 89135 |
| | 702-262-6899 |
| 5 | Fax: 702-597-5503 |
| | Email: dforbush@foxrothschild.com |
| 6 | |
| 7 | **Defendant** |
| | SHAC, LLC d/b/a Sapphire |
| 8 | Gentlemen's Club and/or Sapphire |
| | Represented by: |
| 9 | Lewis Roca Rothgerber Christie LLP |
| | Hughes Center |
| 10 | 3993 Howard Hughes Parkway |
| | Suite 600 |
| 11 | Las Vegas, NV 89169-5996 |
| | 702.474.2622 |
| 12 | 702.949.8298 (fax) |
| 13 | E-mail: OBrown@lrrc.com |
| 14 | |
| 15 | |
| | **Defendant** |
| 16 | SHAC, MT, LLC |
| 17 | Represented by: |
| | Lewis Roca Rothgerber Christie LLP |
| 18 | Hughes Center |
| | 3993 Howard Hughes Parkway |
| 19 | Suite 600 |
| | Las Vegas, NV 89169-5996 |
| 20 | 702.474.2622 |
| | 702.949.8298 (fax) |
| 21 | E-mail: OBrown@lrrc.com |

129343771.1

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that on this 5th day of January, 2022, **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO ANSWER DEFENDANT'S MOTION TO DISMISS [DOCKET #98] AND WESTERN DEFENDANT'S PRESERVATION OF RIGHT TO OPPOSE PLAINTIFFS' MOTIONS FOR PROTECTIVE ORDERS** was electronically filed with the United States District Court. I caused service via US Mail upon the following:

**Defendant**
Jamal Rashid
Federal Correction Instutuion
Sheridan at 27072 SW Ballston Rd.
Sheridan, OR 97378
(Inmate #45040-509)

**Defendant**
Mally Mall Music, LLC
Attn: Jamal Rashid
Federal Correction Institution Sheridan
27072 SW Ballston Rd.
Sheridan, OR 97378
(Inmate #45040-509)

**Defendant**
E.P. Sanctuary
Attn: Jamal Rashid
Federal Correction Institution Sheridan
27072 SW Ballston Rd.
Sheridan, OR 97378
(Inmate #45040-509)

**Defendant**
Blu Magic Music, LLC
Attn: Jamal Rashid
Federal Correction Institution Sheridan
27072 SW Ballston Rd.
Sheridan, OR 97378
(Inmate #45040-509)

129343771.1

**Defendant**
Exclusive Beauty Lounge, LLC
Attn: Jamal Rashid
Federal Correction Institution Sheridan
27072 SW Ballston Rd.
Sheridan, OR 97378
(Inmate #45040-509)

**Defendant**
First Investment Property LLC
Attn: Jamal Rashid
Federal Correction Institution Sheridan
27072 SW Ballston Rd.
Sheridan, OR 97378
(Inmate #45040-509)

**Defendant**
V.I.P Entertainment, LLC
Attn: Jazz A.
2764 N Green Valley Pkwy #400
Henderson, NV, 89014

**Defendant**
MP3 Productions, INC.,
c/o Registered Agent: Nevada Corporate Headquarters, Inc.
4730 S Fort Apache Rd, Suite 300,
Las Vegas, NV, 89147

**Defendant**
MMM Productions, INC,
Attn: Jamal Rashid
Federal Correction Instutuion
Sheridan at 27072 SW Ballston Rd.
Sheridan, OR 97378
(Inmate #45040-509)

DATED this 5th day of January, 2022

BY: /s/Melissa Lilley
    An Employee of Hutchison & Steffen, PLLC

129343771.1