**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| ANGELA WILLIAMS; JANE DOE #1; JANE DOE #2, | |
| Plaintiff(s), | 2:21-cv-01676-APG-VCF |
| v. | **ORDER** |
| STEVE SISOLAK, Governor of Nevada, in his official capacity; et al., | |
| Defendant(s). | |

On January 5, 2022, the parties filed a stipulation (ECF No. 117) requesting an extension of time to brief a pending motion to dismiss. (ECF No. 98). The parties also stipulated that defendants preserve their right to respond to Plaintiffs' Motions for Protective Orders (ECF No. 2 and 50), but will not be required to do so until the Court rules on all the currently pending dispositive motions. Plaintiff will not seek a ruling on their respective Motions for Protective Orders until Defendants are permitted a reasonable period of time to oppose same.

On January 10, 2022, Judge Gordon entered an order extending the time for plaintiffs to file their Response to Defendants' Motion to Dismiss (ECF No. 98) to January 20, 2022.

The Motions for Protective Order (ECF No 2. and 50) are referred to me. In light of the parties' stipulation and Judge Gordon's Order,

I HEREBY DIRECT the Clerk of Court to administratively remove Motions for Protective Order (ECF No. 2 and 50) from the list of undecided motions on this docket until further order of the court.

I HEREBY ORDER the parties be prepared to discuss the status of other pending non-dispositive motions during the status conference set for January 27, 2022.

DATED this 10th day of January 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE