Jason D. Guinasso (SBN# 8478)
HUTCHISON & STEFFEN, PLLC
5371 Kietzke Lane
Reno, NV 89511
775.853.8746
jguinasso@hutchlegal.com

Benjamin W. Bull*
Peter A. Gentala*
Dani Bianculli Pinter*
Christen M. Price*
Pansy Watson*
NATIONAL CENTER ON SEXUAL EXPLOITATION
1201 F Street NW, Suite 200
Washington, DC 20004
202.393.7245
lawcenter@ncose.com

*Admitted Pro Hac Vice
Attorneys for Plaintiffs

**United States District Court**

**District of Nevada**

| | |
|---|---|
| ANGELA WILLIAMS; JANE DOE #1; JANE DOE #2, <br><br>Plaintiffs, <br><br>v. <br><br>STEVE SISOLAK, Governor of Nevada, in his official capacity; AARON FORD, Attorney General of Nevada, in his official capacity; THE CITY OF LAS VEGAS; CLARK COUNTY; NYE COUNTY; WESTERN BEST, INC. D/B/A CHICKEN RANCH; WESTERN BEST LLC; JAMAL RASHID; MALLY MALL MUSIC, LLC; FUTURE MUSIC, LLC; | Case No. 2:21-cv-01676 <br><br> **[PROPOSED ORDER] DENYING RUSSELL GREER'S MOTION TO INTERVENE AS A DEFENDANT [ECF No. 105]** <br><br> **Judge: Honorable Andrew P. Gordon** |

Denial of Motion to Intervene - 1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | PF SOCIAL MEDIA MANAGEMENT, LLC; E.P. SANCTUARY; BLU MAGIC MUSIC, LLC; EXCLUSIVE BEAUTY LOUNGE LLC; FIRST INVESTMENT PROPERTY LLC; V.I.P. ENTERTAINMENT, LLC; MP3 PRODUCTIONS, INC.; MMM PRODUCTIONS, INC.; SHAC, LLC D/B/A SAPPHIRE GENTLEMAN'S CLUB AND/OR SAPPHIRE; SHAC MT, LLC; and LAS VEGAS BISTRO, LLC D/B/A LARRY FLYNT'S HUSTLER CLUB;<br><br>   Defendants. |

Having reviewed and considered Russell Greer's Motion to Intervene as a Defendant [ECF No. 105] ("Motion"), Plaintiffs' Opposition to the same, and all the papers filed in support of and in opposition to the Motion, and all other pleadings and papers on file herein, and good cause appearing, the Court hereby **DENIES** Mr. Greer's Motion.

**IT IS SO ORDERED.**

Dated: _____     _____
                                                                                 The Hon. Andrew P. Gordon
                                                                                 United States District Judge