# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ANGELA WILLIAMS; JANE DOE,

    Plaintiff(s),

v.

STEVE SISOLAK; Governor of Nevada, in his official capacity; AARON FORD, Attorney General of Nevada, in his official capacity; THE CITY OF LAS VEGAS; CLARK COUNTY; NYE COUNTY; CHICKEN RANCH; JAMAL RASHID; MALLY MALL MUSIC, LLC, FUTURE MUSIC, LLC, PF SOCIAL MEDIA MANAGEMENT, LLC, E.P. SANCTUARY BLUE MAGIC MUSIC, LLC, EXCLUSIVE BEAUTY LOUNGE, LLC, FIRST INVESTMENT PROPERTY LLC, V.I.P. ENTERTAINMENT, LLC, MP3 PRODUCTIONS, INC., & MMM PRODUCTIONS, INC.,

    Defendant(s).

2:21-cv-01676-APG-VCF

**ORDER**

Before the court is Defendant Clark County's motion for an extension of time to file a reply to its pending motion to stay discovery (ECF N O. 54).

Accordingly, and good cause appearing,

IT IS HEREBY ORDERED that is Defendant Clark County's motion for an extension of time to file a reply to its pending motion to stay discovery (ECF N O. 54) is GRANTED.

IT IS FURTHER ORDERED that the status hearing scheduled for 10:00 AM, January 27, 2022, is RESCHEDULED and added to the hearing at 10:00 AM, January 28, 2022.

DATED this 21st day of January 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1