DEANNA L. FORBUSH (6646)
REX D. GARNER (9401)
JOHN M. ORR (14251)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, #700
Las Vegas, Nevada 89135
(702) 262-6899 tel
(702) 597-5503 fax
dforbrush@foxrothschild.com
rgarner@foxrothschild.com
jorr@foxrothschild.com
*Attorneys for Defendants Western Best, LLC
and Western Best, Inc. dba Chicken Ranch*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA WILLIAMS; JANE DOE #1; JANE DOE #2,<br><br>Plaintiffs,<br><br>v.<br><br>STEVE SISOLAK, Governor of Nevada, in his official capacity; AARON FORD, Attorney General of Nevada, in his official capacity; THE CITY OF LAS VEGAS; CLARK COUNTY; NYE COUNTY; WESTERN BEST, INC. D/B/A CHICKEN RANCH; WESTERN BEST LLC; JAMAL RASHID; MALLY MALL MUSIC, LLC; FUTURE MUSIC, LLC; PF SOCIAL MEDIA MANAGEMENT, LLC; E.P. SANCTUARY; BLU MAGIC MUSIC, LLC; EXCLUSIVE BEAUTY LOUNGE, LLC; FIRST INVESTMENT PROPERTY LLC; V.I.P. ENTERTAINMENT, LLC; MP3 PRODUCTIONS, INC.; MMM PRODUCTIONS, INC.; SHAC, LLC D/B/A SAPPHIRE GENTLEMAN'S CLUB AND/OR SAPPHIRE; SHAC MT, LLC; and LAS VEGAS BISTRO, LLC D/B/A LARRY FLYNT'S HUSTLER CLUB;<br><br>Defendants. | Case No. 2:21-cv-01676-APG-VCF<br><br>**JOINT STIPULATION AND ORDER REGARDING REPLY TO WESTERN BEST'S MOTION TO DISMISS** |

COME NOW Defendants Western Best, Inc d/b/a Chicken Ranch and Western Best, LLC ("Defendants") and by and through their counsel of record, the law firm of FOX ROTHSCHILD LLP, and Plaintiffs Angela Williams; Jane Doe #1; and Jane Doe #2, by and through their counsel of record, HUTCHISON & STEFFEN, PLLC, hereby stipulate and agree to the following:

1. Defendants have a two-week extension to file a Reply to Plaintiff's Response to Defendants' Motion to Dismiss, extending their deadline to respond to **February 10, 2022**.

**IT IS SO STIPULATED.**

## ORDER

IT IS HEREBY ORDERED that Defendants have a two-week extension of time to file their Reply to Plaintiffs' Response to Defendants' Motion to Dismiss by **February 10, 2022.**

**IT IS SO ORDERED.**

_____
DISTRICT COURT JUDGE
DATED: January 28, 2022

Respectfully Submitted by:
**FOX ROTHSCHILD LLP**

/s/ John M. Orr
DEANNA L. FORBUSH
REX D. GARNER
JOHN M. ORR
One Summerlin
1980 Festival Plaza Drive,
Suite 700
Las Vegas, NV 89135
(702) 262-6899 tel
(702) 597-5503 fax
*Attorneys for Defendants Western Best, LLC and Western Best, Inc. dba Chicken Ranch*

DATED January 27, 2022.

By: /s/ Jason D. Guinasso, Esq.
    Jason D. Guinasso, Esq.
    HUTCHINSON & STEFFEN, PLLC
    5371 Kietzke Lane
    Reno, NV 89511
    *Attorneys for Plaintiffs*

DATED January 27, 2022.

By: /s/ Brent L. Ryman, Esq.
    Brent L. Ryman, Esq.
    Erickson, Thorpe & Swainston, Ltd.
    99 West Arroyo Street
    Reno, Nevada 89509
    *Attorneys for Nye County*

DATED January 27, 2022.

By: /s/ Gregory L. Zunino, Esq.
    Aaron Ford, Esq.
    Gregory L. Zunino, Esq.
    NEVADA STATE ATTORNEY
    GENERAL'S OFFICE
    100 N. Carson Street
    Carson City, NV 89701
    *Attorneys for Defendants SteveSisolak
    and Aaron Ford*

DATED January 27, 2022.

By: /s/ Joel K. Browning, Esq.
    Steven B. Wolfson, Esq.
    Joel K. Browning, Esq.
    CLARK COUNTY DISTRICT
    ATTORNEY - CIVIL DIVISION
    500 S. Grand Central Pkwy
    Suite 5075
    Las Vegas, NV 89155-2215
    *Attorneys for Defendant Clark
    County*

DATED January 27, 2022.

By: /s/ Jeffrey L. Galliher, Esq.
    Bryan K. Scott, Esq.
    Jeffrey L. Galliher, Esq.
    LAS VEGAS CITY ATTORNEY'S
    OFFICE
    495 South Main Street, Sixth Floor
    Las Vegas, NV 89101
    *Attorneys for City of Las Vegas*