Jason D. Guinasso, Esq
Nevada Bar No. 8478
jguinasso@hutchlegal.com
HUTCHISON & STEFFEN, PLLC
5371 Kietzke Lane
Reno, NV 89511
Telephone: (775) 853-8746
Fax: (775) 201-9611

Benjamin W. Bull*
Peter A. Gentala*
Dani Bianculli Pinter*
Pansy Watson*
NATIONAL CENTER ON SEXUAL EXPLOITATION
1201 F Street NW, Suite 200
Washington, DC 20004
(202) 393-7245
lawcenter@ncose.com

*Admitted Pro Hac Vice
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANGELA WILLIAMS; JANE DOE #1; JANE DOE #2, | CASE NO.: 2:21-cv-01676-APG-VCF |
| Plaintiffs, | |
| v. | **STIPULATION AND [PROPOSED] ORDER STAYING DISCOVERY PENDING RULING ON DISPOSITIVE MOTIONS** |
| STEVE SISOLAK, Governor of Nevada, in his official capacity; AARON FORD, Attorney General of Nevada, in his official capacity; THE CITY OF LAS VEGAS; CLARK COUNTY; NYE COUNTY; WESTERN BEST, INC. D/B/A CHICKEN RANCH; WESTERN BEST LLC; JAMA RASHID; MALLY MALL MUSIC, LLC; FUTURE MUSIC, LLC; PF SOCIAL MEDIA MANAGEMENT, LLC; E.P. SANCTUARY; BLU MAGIC MUSIC, LLC; EXCLUSIVE BEAUTY LOUNGE, LLC; FIRST INVESTMENT PROPERTY, LLC; V.I.P. ENTERTAINMENT, LLC; MP3 PRODUCTIONS, INC.; MMM PRODUCTIONS, INC.; | |

| | |
|---|---|
| 1<br>2<br>3<br>4 | SHAC, LLC D/B/A SAPPHIRE GENTLEMAN'S CLUB AND/OR SAPPHIRE; SHAC MT, LLC; and LAS VEGAS BISTRO, LLC D/B/A LARRY FLYNT'S HUSTLER CLUB,<br><br>                    Defendants. |

5

6    COME NOW Plaintiffs Angela Williams; Jane Doe #1; and Jane Doe #2, by and through

7  their counsel of record, Hutchison & Steffen, PLLC, Defendants Steve Sisolak, Governor of

8  Nevada and Aaron Ford, Attorney General of Nevada, by and through their counsel of record The

9  Nevada State Attorney General's Office, The City of Las Vegas by and through their counsel of

10 record The Las Vegas City Attorney's Office, Clark County by and through its counsel of record

11 Clark County District Attorney Civil Division, Nye County by and through its counsel of record

12 Thorpe & Swainston, Ltd., Las Vegas Bistro, LLC d/b/a Larry Flynt's Hustler Club by and through

13 its counsel of record Fox Rothschild LLP, Western Best, Inc. d/b/a Chicken Ranch and Western

14 Best LLC by and through its counsel of record Fox Rothschild LLP, SHAC, LLC dba Sapphire

15 Gentleman's Club and/or Sapphire and SHAC, MT, LLC by and through their counsel of record,

16 Casey Wallace, Esq. and William King, Esq. of the alw firm of Wallace & Allen, LLP, and their

17 local counsel of record Lewis Roca Rothgerber Christie, LLP (collectively, the "<u>Parties</u>"), hereby

18 stipulate and agree to the following:

19    1. The following dispositive motions are currently pending before the Court:

20      - Defendant Clark County's Motion to Strike or in the Alternative to Dismiss,
21        [ECF 53], joined by Defendants Steve Sisolak and Aaron Ford [ECF 58], City
22        of Las Vegas [ECF 69], Nye County [ECF 71], and Western Best, Inc. d/b/a
23        Chicken Ranch and Western Best LLC) [ECF 99];

24      - Defendants Western Best, Inc. d/b/a Chicken Ranch and Western Best LLC's
25        Motion to Dismiss [ECF 98]; and

26      - Defendants SHAC, LLC dba Sapphire Gentleman's Club and/or Sapphire and
27        SHAC, MT, LLC's Motion to Dismiss [ECF 133].

   . . .
28

2. The Parties agree that all discovery in this action should be stayed pending resolution of these dispositive motions currently before the Court.

3. The Plaintiffs and Defendants Western Best, Inc. d/b/a Chicken Ranch and Western Best LLC previously agreed that Plaintiffs' Motions for Protective Orders [ECF 2 and ECF 50] will not be addressed until after the motion to strike and motions to dismiss are fully adjudicated [ECF 117].

4. The Parties will agree upon a briefing schedule for protective orders after the Court rules on all the currently pending dispositive motions.

5. The Parties will agree upon a revised discovery schedule after the Court rules on all the currently pending dispositive motions.

**IT IS SO STIPULATED.**

DATED this 28th day of January, 2022.

/s/ Jason D. Guinasso
Jason D. Guinasso, Esq.
Nevada Bar No. 8478
Hutchinson & Steffen, PLLC
5371 Kietzke Lane
Reno, Nevada 89511
T: (775) 853-8746
F: (775) 201-9611
jguinasso@hutchlegal.com
*Attorney for Plaintiffs*

DATED this 28th day of January, 2022.

/s/Deanna Forbush
Deanna Forbush
Nevada Bar No. 6646
1980 Festival Plaza Dr, Suite 700
Fox Rothschild LLP
Las Vegas, NV 89135
Rex Rothschild LLP
1980 Festival Plaza Drive,
Suite 700
T: (702) 699-5169
F: (702) 597-5503
Dforbush@foxrothschild.com
*Attorneys for Defendants Western Best LLC and Western Best, Inc. d/b/a Chicken Ranch*

DATED this 28th day of January, 2022.

/s/ Joel K. Browning

Joel K. Browing
Clark County District Attorney Civil Division 500 S Grand Central Pkwy, #5075 Las Vegas, NV 89155-2215
T: 702-455-4761
F: 702-382-5178
joel.browning@clarkcountyda.com
*Attorney for Defendant Clark County*

DATED this 28th  day of January, 2022.

/s/ Gregory Louis Zunino
Gregory Louis Zunino
Nevada State Attorney General's Office
100 N Carson St
Carson City, NV 89701
T: 775-684-1137
F: 775-684-1108  GZunino@ag.nv.gov
*Attorney for Defendants Aaron Ford and Steve Sisolak*

1
2  DATED this 28th day of January, 2022.   DATED this 28th day of January, 2022.   DATED this 28th day of January, 2022.

3  /s/ Brent Ryman.                         /s/ Zachary Youngsma       .          /s/ Jeffrey Galliher..

4
5  Paul M. Bertone                          Zachary M. Youngsma                   Jeffrey L. Galliher
   Brent L. Ryman                           Nevada Bar No. 15680                  Las Vegas City
6  Erickson Thorpe & Swainston Ltd          Shafer & Associates, P.C.             Attorney's Office
   99 W Arroyo St                           3800 Capital City Blvd, Ste 2         495 S Main St,
7  PO Box 3559                              Lansing, MI 48906                     6th Flr
   Reno, NV 89509                           T:  517-886-6560                      Las Vegas, NV 89101
8  T: 775-786-3930                          F:  517-886-6565                      T: 702-229-6629
   F: 775-786-4160                          Zack@BradShaferLaw.com                F: 702-386-1749
9  pbertone@etsreno.com                                                           jgalliher@lasvegasnevada.gov
   bryman@etsreno.com
10 *Attorneys for Nye County*                Deanna L. Forbush*                    *Attorney for The City of Las Vegas*
                                            Nevada Bar No. 6646
11 DATED this 27th day of January, 2022     Fox Rothschild LLP
12                                          1980 Festival Plaza Dr Ste 700
13 /s/ Ogonna M. Brown                      Las Vegas, Nevada 89135
   Ogonna M. Brown                          T: 702-262-6899
14 Lewis Roca Rothgerber Christie LLP       F: 702-597-5503
   Hughes Center                            E: Dforbush@foxrothschild.com
15
16 3993 Howard Hughes Pkwy                  *Attorneys for Defendant Las Vegas Bistro, LLC*
   Suite 600
17 Las Vegas, NV 89169-5996
   702.474.2622
18 702.949.8298 (fax)
19 OBrown@lrrc.com

20 Casey T. Wallace, PHV
   Texas Bar No. 00795827
21 William X. King, PHV
   Texas Bar No. 24072496
22 Wallace & Allen, LLP
   440 Louisiana St.,Ste. 1500,
23 Houston, Texas 77002
24 T. 713-227-1744
   F. 713-227-0104
25 cwallace@wallaceallen.com
   wking@wallaceallen.com
26 *Counsel for SHAC, LLC dba Sapphire Gentleman's Club and/or Sapphire and SHAC, MT, LLC*
27
28

New appearing parties may file a motion to lift the discovery stay or to request that briefing commence on the motions for protective order, provided that the motion is filed not later than thirty days after that party's first appearance.

**ORDER**

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 1-28-2022

# ELECTRONIC CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that on this 28th day of January, 2022, a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER STAYING DISCOVERY** was electronically filed with the United States District Court. Electronic service of the foregoing document shall be made in accordance with the Master Service List as follows:

**Defendant**
**Steve Sisolak**                                    represented by **Gregory Louis Zunino**
    *Governor of Nevada*                Nevada State Attorney General's Office
                                                     100 N Carson Street Carson City, NV 89701
                                                     775-684-1137
                                                     Fax: 775-684-1108
                                                     Email: GZunino@ag.nv.gov,
                                                     sgeyer@ag.nv.gov

**Defendant**
**Aaron Ford**                                       represented by **Gregory Louis Zunino**
    *Attorney General of Nevada*        (See above for address)

**Defendant**
**The City of Las Vegas**                            represented by **Jeffrey L Galliher**
                                                     Las Vegas City Attorney's Office
                                                     495 S Main Street, 6th Flr
                                                     Las Vegas, NV 89101
                                                     702-229-6629
                                                     Fax: 702-386-1749
                                                     Email: jgalliher@lasvegasnevada.gov,
                                                     ccorwin@lasvegasnevada.gov,
                                                     ckelly@lasvegasnevada.gov,
                                                     jandrews@lasvegasnevada.gov,
                                                     khansen@lasvegasnevada.gov

**Defendant**
**Clark County**                                     represented by **Joel K Browning**
                                                     Clark County District Attorney Civil Division
                                                     500 S. Grand Central Pkwy, #5075
                                                     Las Vegas, NV 89155-2215
                                                     702-455-4761
                                                     Fax: 702-382-5178
                                                     Email: joel.browning@clarkcountyda.com,
                                                     christine.wirt@clarkcountyda.com,
                                                     Tawana.Thomas@clarkcountyda.com

**Defendant**
**Nye County**                                       represented by **Brent L Ryman Erickson**

|   |   |
|---|---|
| | Thorpe & Swainston, Ltd. |
| | 99 W. Arroyo |
| | P.O. Box 3559 |
| | Reno, NV 89505 |
| | 775-786-3930 |
| | Fax: 775-786-4160 |
| | Email: bryman@etsreno.com, |
| | daguirre@etsreno.com, lligouri@etsreno.com |

**Defendant**
Las Vegas Bistro, LLC D/B/A
Larry Flynt's Hustler Club          represented by **Zachary Youngsma**
                                    c/o Deanna L. Forbush
                                    Fox Rothschild LLP
                                    198 Festival Plaza Drive, Suite 700
                                    Las Vegas, Nevada 89135
                                    702-262-6899
                                    Fax: 702-597-5503
                                    Email: dforbush@foxrothschild.com;
                                    zach@bradshaferlaw.com

**Defendant**
Western Best Inc. D/B/A
Chicken Ranch
                                    represented by **Deanna L. Forbush**
                                    Fox Rothschild LLP
                                    198 Festival Plaza Drive, Suite 700
                                    Las Vegas, Nevada 89135
                                    702-262-6899
                                    Fax: 702-597-5503
                                    Email: dforbush@foxrothschild.com

**Defendant**
Western Best LLC
                                    represented by **Deanna L. Forbush**
                                    Fox Rothschild LLP
                                    198 Festival Plaza Drive, Suite 700
                                    Las Vegas, Nevada 89135
                                    702-262-6899
                                    Fax: 702-597-5503
                                    Email: dforbush@foxrothschild.com

**Defendant**
SHAC, LLC d/b/a Sapphire

| | | |
|---|---|---|
| 1 | Gentlemen's Club and/or Sapphire | |
| 2 | | Represented by: **Ogonna M. Brown** |
| 3 | | Lewis Roca Rothgerber Christie LLP |
| | | Hughes Center |
| 4 | | 3993 Howard Hughes Parkway |
| | | Suite 600 |
| 5 | | Las Vegas, NV 89169-5996 |
| | | 702.474.2622 |
| 6 | | 702.949.8298 (fax) |
| | | E-mail: OBrown@lrrc.com |

**Defendant**
SHAC, MT, LLC

Represented by: **Ogonna M. Brown**
Lewis Roca Rothgerber Christie LLP
Hughes Center
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169-5996
702.474.2622
702.949.8298 (fax)
E-mail: OBrown@lrrc.com