**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANGELA WILLIAMS, et al., | Case No.: 2:21-cv-01676-APG-VCF |
| Plaintiff | **Order Granting Unopposed Motion to Dismiss** |
| v. | [ECF No. 133] |
| STEVE SISOLAK, et al., | |
| Defendants | |

I ORDER that defendants SHAC, LLC and SHAC MT, LLC's motion to dismiss **(ECF No. 133) is GRANTED** as unopposed. *See* LR 7-2(d).

DATED this 2nd day of March, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE