# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA WILLIAMS, et al., | Case No.: 2:21-cv-01676-APG-VCF |
| Plaintiff | **Order** |
| v. | |
| STEVE SISOLAK, et al., | |
| Defendants | |

The order granting defendants SHAC, LLC and SHAC MT, LLC's motion to dismiss (ECF No. 133) as unopposed was entered in error.

I ORDER that the order granting ECF No. 133 (ECF No. 144) is VACATED. The clerk of court is instructed to reopen defendants SHAC, LLC and SHAC MT, LLC's motion to dismiss (ECF No. 133) as a pending motion.

DATED this 4th day of March, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE