**Exhibit "A"**
**"E-mail Correspondence between the Parties regarding a Stipulation for Oral Arguments"**

| | |
|---|---|
| **From:** | Forbush, Deanna L. |
| **To:** | Joel Browning; Brent Ryman; "Jeffrey Galliher"; "Bernadette Francis-Neimeyer"; "Gregory L. Zunino"; Orr, John; OBrown@lrrc.com; pbertone@etsreno.com; "William King"; "Zachary Youngsma" |
| **Cc:** | "Jason D. Guinasso"; "Benjamin Bull"; "Christen Price"; "Pansy Watson"; "Peter Gentala"; "Kelli Hansen"; "Jeffrey D. Andrews" |
| **Subject:** | Re: Williams et al v. Sisolak et al: Case No. 2:21-cv-01676: Motions to Dismiss |
| **Date:** | Wednesday, April 13, 2022 10:33:27 AM |
| **Attachments:** | image002.png<br>image003.png<br>image004.png<br>image005.png |

**CAUTION:** This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your DA account credentials.**

Western Best agrees with the county.

**From:** Joel Browning <Joel.Browning@clarkcountyda.com>
**Sent:** Wednesday, April 13, 2022 10:17:07 AM
**To:** Brent Ryman <bryman@etsreno.com>; 'Jeffrey Galliher' <jgalliher@lasvegasnevada.gov>; 'Bernadette Francis-Neimeyer' <bfrancis@hutchlegal.com>; Forbush, Deanna L. <DForbush@foxrothschild.com>; 'Gregory L. Zunino' <GZunino@ag.nv.gov>; Orr, John <JOrr@foxrothschild.com>; OBrown@lrrc.com <OBrown@lrrc.com>; pbertone@etsreno.com <pbertone@etsreno.com>; 'William King' <wking@wallaceallen.com>; 'Zachary Youngsma' <zack@BradShaferLaw.com>
**Cc:** 'Jason D. Guinasso' <jguinasso@hutchlegal.com>; 'Benjamin Bull' <bbull@ncose.com>; 'Christen Price' <cprice@ncoselaw.org>; 'Pansy Watson' <pwatson@ncoselaw.org>; 'Peter Gentala' <pgentala@ncoselaw.org>; 'Kelli Hansen' <khansen@LasVegasNevada.GOV>; 'Jeffrey D. Andrews' <jandrews@LasVegasNevada.GOV>
**Subject:** [EXT] RE: Williams et al v. Sisolak et al: Case No. 2:21-cv-01676: Motions to Dismiss

The County doesn't really feel that hearings are necessary for any of the pending motions—particularly as most of the motions have already been filed with the court for several months and any belated hearing at this juncture may only serve to further delay a formal response on the motions from the court.

But if the County is the only party that feels this way, it will reluctantly join in any stipulation on hearings.

**From:** Brent Ryman <bryman@etsreno.com>
**Sent:** Wednesday, April 13, 2022 10:04 AM
**To:** 'Jeffrey Galliher' <jgalliher@lasvegasnevada.gov>; 'Bernadette Francis-Neimeyer' <bfrancis@hutchlegal.com>; 'Forbush, Deanna L.' <DForbush@foxrothschild.com>; 'Gregory L. Zunino' <GZunino@ag.nv.gov>; Joel Browning <Joel.Browning@clarkcountyda.com>; 'Orr, John'

<JOrr@foxrothschild.com>; OBrown@lrrc.com; pbertone@etsreno.com; 'William King' <wking@wallaceallen.com>; 'Zachary Youngsma' <zack@BradShaferLaw.com>
**Cc:** 'Jason D. Guinasso' <jguinasso@hutchlegal.com>; 'Benjamin Bull' <bbull@ncose.com>; 'Christen Price' <cprice@ncoselaw.org>; 'Pansy Watson' <pwatson@ncoselaw.org>; 'Peter Gentala' <pgentala@ncoselaw.org>; 'Kelli Hansen' <khansen@LasVegasNevada.GOV>; 'Jeffrey D. Andrews' <jandrews@LasVegasNevada.GOV>
**Subject:** RE: Williams et al v. Sisolak et al: Case No. 2:21-cv-01676: Motions to Dismiss

**CAUTION:** This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your DA account credentials.**

Nye County also has no objection to the suggested hearing request.

Thx

-b

**From:** Jeffrey Galliher [mailto:jgalliher@lasvegasnevada.gov]
**Sent:** Wednesday, April 13, 2022 10:01 AM
**To:** Bernadette Francis-Neimeyer; bryman@etsreno.com; Forbush, Deanna L.; Gregory L. Zunino; Joel Browning; Orr, John; OBrown@lrrc.com; pbertone@etsreno.com; William King; Zachary Youngsma
**Cc:** Jason D. Guinasso; Benjamin Bull; Christen Price; Pansy Watson; Peter Gentala; Kelli Hansen; Jeffrey D. Andrews
**Subject:** RE: Williams et al v. Sisolak et al: Case No. 2:21-cv-01676: Motions to Dismiss

The City is agreeable.

JG

---------------------------------------

CONFIDENTIAL
LEGALLY PRIVILEGED COMMUNICATION

---------------------------------------

# Jeffrey L. Galliher

Deputy City Attorney
Las Vegas City Attorney's Office | Civil Division
**702-229-6629 (Main) | 702-229-4864 (Direct)| 702-386-1749 (Fax)**
495 S. Main St., Sixth Floor| Las Vegas, NV 89101



lasvegasnevada.gov



This e-mail transmission, and any documents, files, or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please immediately notify us by reply e-mail, by forwarding this to sender, or by telephone at (702) 229-6629, and destroy the

original transmission and its attachments without reading or saving them in any manner.  Thank you.

**From:** Bernadette Francis-Neimeyer <bfrancis@hutchlegal.com>
**Sent:** Tuesday, April 12, 2022 11:47 AM
**To:** bryman@etsreno.com; Forbush, Deanna L. <DForbush@foxrothschild.com>; Gregory L. Zunino <GZunino@ag.nv.gov>; Jeffrey Galliher <jgalliher@lasvegasnevada.gov>; Joel Browning <Joel.Browning@clarkcountyda.com>; Orr, John <JOrr@foxrothschild.com>; OBrown@lrrc.com; pbertone@etsreno.com; William King <wking@wallaceallen.com>; Zachary Youngsma <zack@BradShaferLaw.com>
**Cc:** Jason D. Guinasso <jguinasso@hutchlegal.com>; Benjamin Bull <bbull@ncose.com>; Christen Price <cprice@ncoselaw.org>; Pansy Watson <pwatson@ncoselaw.org>; Peter Gentala <pgentala@ncoselaw.org>
**Subject:** Williams et al v. Sisolak et al: Case No. 2:21-cv-01676: Motions to Dismiss

**CAUTION**: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

Good afternoon,

Now that all the Motions to Dismiss in this case have been fully briefed, we are inquiring to see if all parties would be agreeable to stipulating to request a hearing wherein all motions could be heard on the same hearing date or if necessary, back-to-back days.

Please advise if you would be agreeable to such a stipulation and we will get it drafted.

Thank you for your time and consideration of this request.

Best,

Bernadette


Bernadette Francis-Neimeyer
Supervising Paralegal


HUTCHISON & STEFFEN, PLLC
(775) 853-8746
hutchlegal.com

**Notice of Confidentiality:** The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking any action in reliance upon, this information by anyone other than the intended recipient is not authorized.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

| | |
|---|---|
| **From:** | Gregory L. Zunino |
| **To:** | Joel Browning; Brent Ryman; "Jeffrey Galliher"; "Bernadette Francis-Neimeyer"; "Forbush, Deanna L."; "Orr, John"; OBrown@lrrc.com; pbertone@etsreno.com; "William King"; "Zachary Youngsma" |
| **Cc:** | "Jason D. Guinasso"; "Benjamin Bull"; "Christen Price"; "Pansy Watson"; "Peter Gentala"; "Kelli Hansen"; "Jeffrey D. Andrews" |
| **Subject:** | Re: Williams et al v. Sisolak et al: Case No. 2:21-cv-01676: Motions to Dismiss |
| **Date:** | Wednesday, April 13, 2022 10:34:09 AM |
| **Attachments:** | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

**CAUTION:** This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your DA account credentials.**

I agree with Joel. If the judge wants to hear from us, he will schedule a hearing.

**From:** Joel Browning <Joel.Browning@clarkcountyda.com>
**Sent:** Wednesday, April 13, 2022 10:17 AM
**To:** Brent Ryman <bryman@etsreno.com>; 'Jeffrey Galliher' <jgalliher@lasvegasnevada.gov>; 'Bernadette Francis-Neimeyer' <bfrancis@hutchlegal.com>; 'Forbush, Deanna L.' <DForbush@foxrothschild.com>; Gregory L. Zunino <GZunino@ag.nv.gov>; 'Orr, John' <JOrr@foxrothschild.com>; OBrown@lrrc.com <OBrown@lrrc.com>; pbertone@etsreno.com <pbertone@etsreno.com>; 'William King' <wking@wallaceallen.com>; 'Zachary Youngsma' <zack@BradShaferLaw.com>
**Cc:** 'Jason D. Guinasso' <jguinasso@hutchlegal.com>; 'Benjamin Bull' <bbull@ncose.com>; 'Christen Price' <cprice@ncoselaw.org>; 'Pansy Watson' <pwatson@ncoselaw.org>; 'Peter Gentala' <pgentala@ncoselaw.org>; 'Kelli Hansen' <khansen@LasVegasNevada.GOV>; 'Jeffrey D. Andrews' <jandrews@LasVegasNevada.GOV>
**Subject:** RE: Williams et al v. Sisolak et al: Case No. 2:21-cv-01676: Motions to Dismiss

**WARNING** - This email originated from outside the State of Nevada. Exercise caution when opening attachments or clicking links, especially from unknown senders.

The County doesn't really feel that hearings are necessary for any of the pending motions—particularly as most of the motions have already been filed with the court for several months and any belated hearing at this juncture may only serve to further delay a formal response on the motions from the court.

But if the County is the only party that feels this way, it will reluctantly join in any stipulation on hearings.

**From:** Brent Ryman <bryman@etsreno.com>
**Sent:** Wednesday, April 13, 2022 10:04 AM
**To:** 'Jeffrey Galliher' <jgalliher@lasvegasnevada.gov>; 'Bernadette Francis-Neimeyer' <bfrancis@hutchlegal.com>; 'Forbush, Deanna L.' <DForbush@foxrothschild.com>; 'Gregory L. Zunino' <GZunino@ag.nv.gov>; Joel Browning <Joel.Browning@clarkcountyda.com>; 'Orr, John' <JOrr@foxrothschild.com>; OBrown@lrrc.com; pbertone@etsreno.com; 'William King'

<wking@wallaceallen.com>; 'Zachary Youngsma' <zack@BradShaferLaw.com>
**Cc:** 'Jason D. Guinasso' <jguinasso@hutchlegal.com>; 'Benjamin Bull' <bbull@ncose.com>; 'Christen Price' <cprice@ncoselaw.org>; 'Pansy Watson' <pwatson@ncoselaw.org>; 'Peter Gentala' <pgentala@ncoselaw.org>; 'Kelli Hansen' <khansen@LasVegasNevada.GOV>; 'Jeffrey D. Andrews' <jandrews@LasVegasNevada.GOV>
**Subject:** RE: Williams et al v. Sisolak et al: Case No. 2:21-cv-01676: Motions to Dismiss

**CAUTION:** This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your DA account credentials.**

Nye County also has no objection to the suggested hearing request.

Thx

-b

---

**From:** Jeffrey Galliher [mailto:jgalliher@lasvegasnevada.gov]
**Sent:** Wednesday, April 13, 2022 10:01 AM
**To:** Bernadette Francis-Neimeyer; bryman@etsreno.com; Forbush, Deanna L.; Gregory L. Zunino; Joel Browning; Orr, John; OBrown@lrrc.com; pbertone@etsreno.com; William King; Zachary Youngsma
**Cc:** Jason D. Guinasso; Benjamin Bull; Christen Price; Pansy Watson; Peter Gentala; Kelli Hansen; Jeffrey D. Andrews
**Subject:** RE: Williams et al v. Sisolak et al: Case No. 2:21-cv-01676: Motions to Dismiss

The City is agreeable.

JG

-------------------------------------------
CONFIDENTIAL
LEGALLY PRIVILEGED COMMUNICATION
-------------------------------------------

**Jeffrey L. Galliher**
Deputy City Attorney
Las Vegas City Attorney's Office | Civil Division
**702-229-6629 (Main) | 702-229-4864 (Direct)| 702-386-1749 (Fax)**
495 S. Main St., Sixth Floor| Las Vegas, NV 89101



lasvegasnevada.gov


This e-mail transmission, and any documents, files, or previous e-mail messages attached to it may contain confidential information that is legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is prohibited.  If you have received this transmission in error, please immediately notify us by reply e-mail, by forwarding this to sender, or by telephone at (702) 229-6629, and destroy the original transmission and its attachments without reading or saving them in any manner.  Thank you.

**From:** Bernadette Francis-Neimeyer <bfrancis@hutchlegal.com>
**Sent:** Tuesday, April 12, 2022 11:47 AM
**To:** bryman@etsreno.com; Forbush, Deanna L. <DForbush@foxrothschild.com>; Gregory L. Zunino <GZunino@ag.nv.gov>; Jeffrey Galliher <jgalliher@lasvegasnevada.gov>; Joel Browning <Joel.Browning@clarkcountyda.com>; Orr, John <JOrr@foxrothschild.com>; OBrown@lrrc.com; pbertone@etsreno.com; William King <wking@wallaceallen.com>; Zachary Youngsma <zack@BradShaferLaw.com>
**Cc:** Jason D. Guinasso <jguinasso@hutchlegal.com>; Benjamin Bull <bbull@ncose.com>; Christen Price <cprice@ncoselaw.org>; Pansy Watson <pwatson@ncoselaw.org>; Peter Gentala <pgentala@ncoselaw.org>
**Subject:** Williams et al v. Sisolak et al: Case No. 2:21-cv-01676: Motions to Dismiss

**CAUTION**: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

Good afternoon,

Now that all the Motions to Dismiss in this case have been fully briefed, we are inquiring to see if all parties would be agreeable to stipulating to request a hearing wherein all motions could be heard on the same hearing date or if necessary, back-to-back days.

Please advise if you would be agreeable to such a stipulation and we will get it drafted.

Thank you for your time and consideration of this request.

Best,

Bernadette


Bernadette Francis-Neimeyer
Supervising Paralegal




HUTCHISON & STEFFEN, PLLC

(775) 853-8746

hutchlegal.com

**Notice of Confidentiality:** The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking any action in reliance upon, this information by anyone other than the intended recipient is not authorized.