Jason D. Guinasso (SBN# 8478)
HUTCHISON & STEFFEN PLLC
5371 Kietzke Lane
Reno, NV 89511
775.853.8746
*jguinasso@hutchlegal.com*

Benjamin W. Bull*
Peter A. Gentala*
Dani Bianculli Pinter*
Christen M. Price*
Pansy Watson*
NATIONAL CENTER ON SEXUAL EXPLOITATION
1201 F Street NW, Suite 200
Washington, DC 20004
202.393.7245
*lawcenter@ncose.com*

*Admitted Pro Hac Vice*
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA WILLIAMS; JANE DOE #1; JANE DOE #2<br><br>Plaintiffs,<br><br>v.<br><br>STEVE SISOLAK, Governor of Nevada, in his official capacity; AARON FORD, Attorney General of Nevada, in his official capacity; THE CITY OF LAS VEGAS; CLARK COUNTY; NYE COUNTY; WESTERN BEST, INC. D/B/A CHICKEN RANCH; WESTERN BEST LLC; JAMAL RASHID; MALLY MALL MUSIC, LLC; FUTURE MUSIC, LLC; PF SOCIAL MEDIA MANAGEMENT, LLC; E.P. SANCTUARY; BLU MAGIC MUSIC, LLC; EXCLUSIVE BEAUTY LOUNGE, LLC; FIRST | Case No. 2:21-cv-01676<br><br>**PLAINTIFFS' LIMITED OPPOSITION TO CLARK COUNTY'S OBJECTION TO AND MOTION TO STRIKE [ECF NO. 164] PLAINTIFFS' ERRATA [ECF NO.'S 161, 162, 163]** |

1

INVESTMENT PROPERTY LLC; V.I.P. ENTERTAINMENT, LLC, MP3 PRODUCTIONS, INC., & MMM PRODUCTIONS, INC.; SHAC, LLC D/B/A SAPPHIRE GENTLEMAN'S CLUB AND/OR SAPPHIRE; SHAC MT, LLC; and LAS VEGAS BISTRO, LLC D/B/A LARRY FLYNT'S HUSTLER CLUB;

Defendants.

Plaintiffs Angela Williams, Jane Doe #1, and Jane Doe #2 by and through their counsel of record, hereby file their Limited Opposition to Clark County's Objection to and Motion to Strike [ECF No.164] Plaintiffs' Errata [ECF No.' 161, 162, 163].

This Opposition is based upon all the pleadings and papers on file herein, the attached Memorandum of Points and Authorities, and the oral arguments of counsel at the time of the hearing in this matter, if any.

DATED this 23rd day of May, 2022

*./s/ Jason D. Guinasso*
Jason D. Guinasso (SBN# 8478)
HUTCHISON & STEFFEN, PLLC
5371 Kietzke Lane
Reno, NV 89511
775.853.8746
jguinasso@hutchlegal.com

*Attorneys for Plaintiffs*

2

**MEMORANDUM OF POINTS AND AUTHORITIES**

Plaintiffs' counsel understood hearings had been requested at the time of filing its Oppositions [ECF No.'s 98, 133, 182]. On January 28, 2022, at the Status Conference and Hearing Regarding Clark County's Motion to Stay Discovery [ECF No. 125], the parties discussed the possibility of hearings as to the outstanding Motions to Dismiss and Motion to Strike before the Honorable Magistrate Judge Cam Ferenbach. During this conference Plaintiffs' counsel still believed hearings had been requested. When Plaintiffs emailed all parties on April 12, 2022, they were still under the impression that hearings had been requested. However, the April 12, 2022, communication was sent in an effort to stipulate that the scheduling of the hearings take place over the course of one or two days to most efficiently accommodate the parties' schedules.

Counsel for SHAC MT, LLC; SHAC, LLC; City of Las Vegas; and Nye County were agreeable to stipulating to jointly scheduling the hearings over the course of one or two days. ***See Exhibit 1 (Email Correspondence between all parties dated April 13, 2022)***. Clark County even stated if it was the only party that "doesn't really feel that hearings are necessary for any of the pending motions" that it would "reluctantly join in any stipulation on hearings." *Id.* Thereafter, counsel for Western Best, Inc.; Western Best, LLC; Aaron Ford; and Steve Sisolak agreed with the County's response. *Id.* When the clerical error came to the attention of Plaintiff's counsel that the language "HEARING REQUESTED" was omitted in error from its original oppositions [ECF No.'s 98, 133, 182], the erratas were filed to correct the clerical error [ECF No. 161, 162, 163]. As Clark County has stated in its Objection, "the purposes of errata[s] filed with the Court are strictly for the purposes of 'address[ing] clerical errors.' *Bias v. Moynihan*, 508 F.3d 1212, 1224 (9th Cir. 2007). 'Notices of errata to clarify clerical errors are substantively different from attempts' to submit supplemental arguments before the Court." *Id.* Here, Plaintiffs have properly utilized the

purpose of an errata by correcting their clerical error, and Plaintiffs have not attempted to supplement arguments.

As stated by Clark County, the Local Rules clearly provide that motions may be decided *with* or without oral arguments—the implication being that a request for a hearing is not intended to be granted to a party as a matter of right, but rather at the court's discretion. *See* LR 78-1. In this regard, the Court's decision to grant or deny a request for oral argument falls within the inherent discretionary and/or equitable powers of the Court. Indeed, it is certainly within this Court's discretion to set hearings given the gravity of this case and the implications of the decision that is before this Honorable Court.

Plaintiffs respectfully request that this court set Hearings pursuant to the erratas filed on May 3, 2022 [ECF No.'s 161, 162, 163]. Plaintiffs further request that this court deny Clark County's objection and motion to strike [ECF No. 164].

# ELECTRONIC CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that on this 23rd day of May, 2022, a true and correct copy of the foregoing **PLAITNIFFS' LIMITED OPPOSITION TO CLARK COUNTY'S OBJECTION TO AND MOTION TO STRIKE [ECF NO. 164] PLAINTIFFS' ERRATA [ECF NO.'S 161, 162, 163]** was electronically filed with the United States District Court. Electronic service of the foregoing document shall be made in accordance with the Master Service List as follows:

**Defendant**

| | |
|---|---|
| **Steve Sisolak**<br>*Governor of Nevada* | represented by **Gregory Louis Zunino**<br>Nevada State Attorney General's Office 100 N Carson Street Carson City, NV 89701<br>775-684-1137<br>Fax: 775-684-1108<br>Email: GZunino@ag.nv.gov, sgeyer@ag.nv.gov |

**Defendant**

| | |
|---|---|
| **Aaron Ford**<br>*Attorney General of Nevada* | represented by **Gregory Louis Zunino**<br>(See above for address) |

**Defendant**

| | |
|---|---|
| **The City of Las Vegas** | represented by **Jeffrey L Galliher**<br>Las Vegas City Attorney's Office<br>495 S Main Street, 6th Flr<br>Las Vegas, NV 89101<br>702-229-6629<br>Fax: 702-386-1749<br>Email: jgalliher@lasvegasnevada.gov, ccorwin@lasvegasnevada.gov, ckelly@lasvegasnevada.gov, jandrews@lasvegasnevada.gov, khansen@lasvegasnevada.gov |

| | | |
|---|---|---|
| 1 | **Defendant** | |
| 2 | **Clark County** | represented by **Joel K Browning** |
| | | Clark County District Attorney Civil Division |
| | | 500 S. Grand Central Pkwy, #5075 |
| | | Las Vegas, NV 89155-2215 |
| | | 702-455-4761 |
| | | Fax: 702-382-5178 |
| | | Email: joel.browning@clarkcountyda.com, |
| | | christine.wirt@clarkcountyda.com, |
| | | Tawana.Thomas@clarkcountyda.com |
| | **Defendant** | |
| | **Nye County** | represented by **Brent L Ryman Erickson** |
| | | Thorpe & Swainston, Ltd. |
| | | 99 W. Arroyo |
| | | P.O. Box 3559 |
| | | Reno, NV 89505 |
| | | 775-786-3930 |
| | | Fax: 775-786-4160 |
| | | Email: bryman@etsreno.com, |
| | | daguirre@etsreno.com, lligouri@etsreno.com |
| | **Defendant** | |
| | Las Vegas Bistro, LLC D/B/A Larry Flynt's Hustler Club | represented by **Zachary Youngsma** |
| | | **Shafer & Associates, P.C.** |
| | | 3800 Capital City Blvd. Suite 2 |
| | | Lansing, MI 48906 |
| | | 517-886-6560 (Phone) |
| | | 517-886-6565 (Facsimile) |
| | | zach@bradshaferlaw.com |
| | | |
| | | c/o Deanna L. Forbush |
| | | Fox Rothschild LLP |
| | | 198 Festival Plaza Drive, Suite 700 |
| | | Las Vegas, Nevada 89135 |
| | | 702-262-6899 |
| | | Fax: 702-597-5503 |
| | | Email: dforbush@foxrothschild.com; |

**Defendant**
Western Best Inc. D/B/A
Chicken Ranch

                represented by **Deanna L. Forbush**
                Fox Rothschild LLP
                198 Festival Plaza Drive, Suite 700
                Las Vegas, Nevada 89135
                702-262-6899
                Fax: 702-597-5503
                Email: dforbush@foxrothschild.com

**Defendant**
Western Best LLC

                represented by **Deanna L. Forbush**
                Fox Rothschild LLP
                198 Festival Plaza Drive, Suite 700
                Las Vegas, Nevada 89135
                702-262-6899
                Fax: 702-597-5503
                Email: dforbush@foxrothschild.com

**Defendant**
SHAC, LLC d/b/a Sapphire
Gentlemen's Club and/or Sapphire

                Represented by:
                Lewis Roca Rothgerber Christie LLP
                Hughes Center
                3993 Howard Hughes Parkway
                Suite 600
                Las Vegas, NV 89169-5996
                702.474.2622
                702.949.8298 (fax)
                E-mail: OBrown@lrrc.com

///

///

///

///

///

**Defendant**
SHAC, MT, LLC

Represented by:
Lewis Roca Rothgerber Christie LLP
Hughes Center
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169-5996
702.474.2622
702.949.8298 (fax)
E-mail: OBrown@lrrc.com

/s/ Bernadette Francis
Employee of Hutchison & Steffen