Jason D. Guinasso, Esq.
Nevada Bar No. 8478
5371 Kietzke Ln
Reno, Nevada 89511
Telephone: (775) 853.8746
Facsimile: (775) 201.9611

Benjamin W. Bull*
Peter A. Gentrala*
Dani Bianculli Pinter*
Chrsten M. Price*
NATIONAL CENTER ON
SEXUAL EXPLOITATION
1201 F Street NW, Suite 200
Washington, DC 20004
Telephone: (202) 393.7245
*Admitted Pro Hac Vice Attorneys
For Plaintiffs

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA WILLIAMS; JANE DOE #1; JANE DOE #2,<br><br>Plaintiffs,<br><br>vs.<br><br>STEVE SISOLAK, Governor of Nevada, in his official capacity; AARON FORD, Attorney General of Nevada, in his official capacity; THE CITY OF LAS VEGAS; CLARK COUNTY; NYE COUNTY; WESTERN BEST, INC. D/B/A CHICKEN RANCH; WESTERN BEST LLC; JAMAL RASHID; MALLY MALL MUSIC, LLC; FUTURE MUSIC, LLC; PF SOCIAL MEDIA MANAGEMENT, LLC; E.P. SANCTUARY; BLU MAGIC MUSIC, LLC; EXCLUSIVE BEAUTY LOUNGE LLC; FIRST INVESTMENT PROPERTY LLC; V.I.P. ENTERTAINMENT, LLC; MP3 | Case No.: 2:21-cv-01676 -APG-VCF<br><br>**NOTICE OF DISASSOCIATION**<br><br>**OF COUNSEL** |

1  PRODUCTIONS, INC.; MMM
   PRODUCTIONS, INC.; SHAC, LLC D/B/A
2  SAPPHIRE GENTLEMAN'S CLUB AND/OR
   SAPPHIRE; SHAC MT, LLC; and LAS
3  VEGAS BISTRO, LLC D/B/A LARRY
   FLYNT'S HUSTLER CLUB;
4
5          Defendants.
6
7
8          PLEASE TAKE NOTICE that Pansy Watson, Esq., is hereby disassociated from the
9  National Center on Sexual Exploitation in the above entitled action and thus is no longer
10 counsel of record for Petitioner, ANGELA WILLIAMS; JANE DOE #1; JANE DOE #2.
11 Petitioner shall continue to be represented in this action by Jason D. Guinasso, Esq. of
12 Hutchison & Steffen, PLLC, Benjamin W. Bull, Esq., Peter A. Gentrala, Esq., Dani Bianculli
13 Pinter, Esq., and Chrsten M. Price, Esq., of the National Center on Sexual Exploitation.
14                                        Dated this _15_ of date of September, 2022.
15                                        /s/ _____
16                                        Jason D. Guinasso (SBN# 8478)
                                          HUTCHISON & STEFFEN, PLLC
17                                        5371 Kietzke Lane
                                          Reno, NV 89511
18                                        775.853.8746
                                          jguinasso@hutchlegal.com
19
20                                        Benjamin W. Bull*
                                          Peter A. Gentala*
21                                        Dani Bianculli Pinter*
                                          Christen M. Price*
22                                        NATIONAL CENTER ON SEXUAL
                                          EXPLOITATION
23     IT IS SO ORDERED.                  1201 F Street NW, Suite 200
24                                        Washington, DC 20004
                                          202.393.7245
25     _____       lawcenter@ncose.com
26     Cam Ferenbach
       United States Magistrate Judge     *Admitted Pro Hac Vice
27          10-14-2022                     Attorneys for Plaintiffs
       DATED _____
28

## ELECTRONIC CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that on this **16th** day of September, 2022, a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL** was electronically filed with the United States District Court.  Electronic service of the foregoing document shall be made in accordance with the Master Service List as follows:

**Defendant**

**Steve Sisolak**          represented by **Gregory Louis Zunino**
*Governor of Nevada*                Nevada State Attorney General's Office
                                100 N Carson Street Carson City, NV
                                89701 775-684-1137
                                Fax: 775-684-1108
                                Email: GZunino@ag.nv.gov,
                                sgeyer@ag.nv.gov

**Defendant**

**Aaron Ford**            represented by **Gregory Louis Zunino**
*Attorney General of Nevada*        (See above for address)

**Defendant**
**The City of Las Vegas**     represented by **Jeffrey L Galliher**
                                Las Vegas City Attorney's Office
                                495 S Main Street, 6th Flr
                                Las Vegas, NV 89101
                                702-229-6629
                                Fax: 702-386-1749
                                Email: jgalliher@lasvegasnevada.gov,
                                ccorwin@lasvegasnevada.gov,
                                ckelly@lasvegasnevada.gov,
                                jandrews@lasvegasnevada.gov,
                                khansen@lasvegasnevada.gov

**Defendant**
**Clark County**          represented by **Joel K Browning**
                                Clark County District Attorney
                                Civil Division
                                500 S. Grand Central Pkwy, #5075
                                Las Vegas, NV 89155-2215
                                702-455-4761
                                Fax: 702-382-5178
                            Email: joel.browning@clarkcountyda.com,
                        christine.wirt@clarkcountyda.com,
                        Tawana.Thomas@clarkcountyda.com

///
///
///

1

**Defendant**
    **Nye County**         represented by **Brent L Ryman Erickson**

2
           Thorpe & Swainston, Ltd.
           99 W. Arroyo

3
           P.O. Box 3559
           Reno, NV 89505

4
           775-786-3930

5
           Fax: 775-786-4160
           Email: bryman@etsreno.com,

6
           daguirre@etsreno.com,
           lligouri@etsreno.com

7

8

**Defendant**
    Las Vegas Bistro, LLC D/B/A

9
    Larry Flynt's Hustler Club
           represented by **Zachary Youngsma**

10
           **Shafer & Associates, P.C.**
           3800 Capital City Blvd. Suite 2

11
           Lansing, MI 48906

12
           517-886-6560 (Phone)
           517-886-6565 (Facsimile)

13
           Email: zach@bradshaferlaw.com

14
           c/o Deanna L. Forbush

15
           Fox Rothschild LLP
           198 Festival Plaza Drive, Suite 700

16
           Las Vegas, Nevada 89135
           702-262-6899

17
           Fax: 702-597-5503
           Email: dforbush@foxrothschild.com;

18

19

**Defendant**
    Western Best Inc. D/B/A

20
    Chicken Ranch

21
           represented by **Deanna L. Forbush**
           Fox Rothschild LLP

22
           198 Festival Plaza Drive, Suite 700
           Las Vegas, Nevada 89135

23
           702-262-6899
           Fax: 702-597-5503

24
           Email: dforbush@foxrothschild.com

25
///

26
///

27
///
///

28
///

**Defendant**
    Western Best LLC

                                                represented by **Deanna L. Forbush**
                                                           Fox Rothschild LLP
                                                           198 Festival Plaza Drive, Suite 700
                                                           Las Vegas, Nevada 89135
                                                           702-262-6899
                                                           Fax: 702-597-5503
                                                           Email: dforbush@foxrothschild.com

**Defendant**
    SHAC, LLC d/b/a Sapphire
    Gentlemen's Club and/or Sapphire
                                              represented by **Lewis Roca Rothgerber Christie LLP**
                                                           Hughes Center
                                                         3993 Howard Hughes Parkway
                                                         Suite 600
                                                         Las Vegas, NV 89169-5996
                                                         702.474.2622
                                                         702.949.8298 (fax)
                                                         E-mail: OBrown@lrrc.com

**Defendant**
    SHAC, MT, LLC
                                              represented by **Lewis Roca Rothgerber Christie LLP**
                                                           Hughes Center
                                                         3993 Howard Hughes Parkway
                                                         Suite 600
                                                         Las Vegas, NV 89169-5996
                                                         702.474.2622
                                                         702.949.8298 (fax)
                                                         E-mail: OBrown@lrrc.com

                                              /s/ Bernadette Francis
                                              Employee of Hutchison & Steffen, PLLC