Russell Greer
PO BOX 46602
LAS VEGAS, NV 89114
801-895-3501
russmark@gmail.com
Pro Se Litigant

# IN THE DISTRICT COURT FOR

# IN AND FOR THE STATE OF NEVADA

| | |
|---|---|
| ANGELA WILLIAMS ET AL, <br><br> Plaintiffs <br><br> v. <br><br> STEVE SISOLAK ET AL. <br><br> Defendants | **PROPOSED INTERVENOR'S ERRATA TO DOC 182** <br><br><br> Case No.: 28:1343 <br><br> Judge Andrew P Gordon <br><br> Magistrate Judge Cam Ferenbach |

Proposed Intervenor Russell Greer hereby submits this Errata to Doc 182.

### ERRATA

Proposed intervenor makes the following corrections to his Motion for Reconsideration and said changes should replace the relevant sections in Doc 182:

**Page 5, Paragraph 2**: it's meant to read "strong-arm" and not "strongmen".

**Page 6, second paragraph**: the following clarification to that paragraph is made, with changes reflected in italics: Greer seeks to intervene to file a motion for sanctions that would allow Greer to collect fees against ~~Angela Williams~~ *Jason Guinasso*, per Nev. Rev. Stat. § 18.010(2)(b) (when the court finds that the claim...was brought or maintained without reasonable ground), *collect fees pursuant to FRCP 11(C )(1) against Jason Guinasso and the law firm of Hutchinson & Steffan* and a declaratory order that *the current case was frivolous and that* Guinasso is bringing forth frivolous lawsuits, so that Greer can take that order to the Nevada State Bar. *Greer should be allowed as a pro se litigant to collect attorneys fees because of the goals of FRCP 11. See: Rynkiewicz v. Jeanes Hosp., Civ. A. No. 86-5209, 1987 WL 7842 (E.D. Pa. Mar. 11, 1987) (awarding attorney fees to pro se litigant in light of Rule ll's goals).*

Dated 10-18-22

Respectfully submitted,

Russell Greer

Pro Se Litigant

/rgreer/

## CERTIFICATE OF SERVICE

**I** hereby certify that I electronically filed the foregoing ERRATA, with the Clerk of the Court by using email.
I certify that the following participants in this case are registered electronic filing systems users and will be served electronically.