1  DEANNA L. FORBUSH (6646)
   REX D. GARNER (9401)
2  **FOX ROTHSCHILD LLP**
   1980 Festival Plaza Drive, #700
3  Las Vegas, Nevada 89135
   (702) 262-6899 tel
4  (702) 597-5503 fax
   dforbush@foxrothschild.com
5  rgarner@foxrothschild.com
   *Attorneys for Defendants Western Best, LLC*
6  *and Western Best, Inc. dba Chicken Ranch*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA WILLIAMS; JANE DOE #1; JANE DOE #2,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>STEVE SISOLAK, Governor of Nevada, in his official capacity; AARON FORD, Attorney General of Nevada, in his official capacity; THE CITY OF LAS VEGAS; CLARK COUNTY; NYE COUNTY; WESTERN BEST, INC. D/B/A CHICKEN RANCH; WESTERN BEST LLC; JAMAL RASHID; MALLY MALL MUSIC, LLC; FUTURE MUSIC, LLC; PF SOCIAL MEDIA MANAGEMENT, LLC; E.P. SANCTUARY; BLU MAGIC MUSIC, LLC; EXCLUSIVE BEAUTY LOUNGE, LLC; FIRST INVESTMENT PROPERTY LLC; V.I.P. ENTERTAINMENT, LLC; MP3 PRODUCTIONS, INC.; MMM PRODUCTIONS, INC.; SHAC, LLC D/B/A SAPPHIRE GENTLEMAN'S CLUB AND/OR SAPPHIRE; SHAC MT, LLC; and LAS VEGAS BISTRO, LLC D/B/A LARRY FLYNT'S HUSTLER CLUB,<br><br>　　　　　Defendants. | Case No. 2:21-cv-01676-APG-VCF<br><br>**DEFENDANTS WESTERN BEST, INC. D/B/A CHICKEN RANCH AND WESTERN BEST LLC'S NOTICE OF NON-OPPOSITION TO PROPOSED INTERVENOR RUSSELL GREER'S MOTION FOR RECONSIDERATION TO INTERVENE [ECF No. 182]** |

1  Defendants Western Best, LLC and Western Best, Inc. dba Chicken Ranch, by and through their counsel of record, the law firm Fox Rothschild LLP, hereby submit their Notice of Non-opposition to Proposed Intervenor Russell Greer's Motion for Reconsideration to Intervene as Defendant Per FRCP 60(b)(1) (ECF No. 182), filed on October 17, 2022.

DATED this 21st day of October, 2022.

**FOX ROTHSCHILD LLP**

*/s/ Deanna L. Forbush*
DEANNA L. FORBUSH
REX D. GARNER
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
*Attorneys for Defendants Western Best, LLC and Western Best, Inc. dba Chicken Ranch*

<sup>Case 2:21-cv-01676-APG-MDC   Document 184   Filed 10/21/22   Page 3 of 3</sup>

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

Pursuant to FRCP 5(b), I certify that I am an employee of Fox Rothschild LLP, over the age of 21 years and not a party to nor interested in the within action. I certify that on this 21st day of October 2022, I caused the foregoing document entitled **DEFENDANTS WESTERN BEST, INC. D/B/A CHICKEN RANCH AND WESTERN BEST LLC'S NOTICE OF NON-OPPOSITION TO PROPOSED INTERVENOR RUSSELL GREER'S MOTION FOR RECONSIDERATION TO INTERVENE AS A DEFENDANT PER FRCP 60(b)(1)** to be electronically filed with the United States District Court. Electronic service of the foregoing document shall be made in accordance with the Master Service List as follows:

Gregory Louis Zunino
Nevada State Attorney General's Office
100 N. Carson Street
Carson City, NV 89701
GZunino@ag.nv.gov
sgeyer@ag.nv.gov
*Attorneys for Governor Sisolak
And Attorney General of Nevada Ford*

Joel K. Browning
Clark County District Attorney Civil Division
500 S. Grand Central Pkwy., #5075
Las Vegas, NV 89155
Joel.browning@clarkcountyda.com
*Attorneys for Clark County*

Jeffrey L. Galliher
Las Vegas City Attorney's Office
495 S. Main Street, 6th Floor
Las Vegas, NV 89101
jgalliher@lasvegasnevada.gov
*Attorneys for the City of Las Vegas*

Brent L. Ryman Erickson
Thorpe & Swainston, Ltd.
99 W. Arroyo
PO Box 3559
Reno, NV 89505
bryman@etsreno.com
*Attorneys for Nye County*

　　　　　　　　　　　　　　　　　　*/s/ Jineen DeAngelis*
　　　　　　　　　　　　　　　　　　An Employee of Fox Rothschild LLP

<sub>139257386.1</sub>　　　　　　　　　　　　　　3