1  AARON D. FORD
       Attorney General
2  GREG L. ZUNINO (Bar No. 4805)
       Deputy Solicitor General
3  SABRENA K. CLINTON (Bar No. 6499)
       Deputy Attorney General
4  Office of the Attorney General
   555 E. Washington Ave, Suite 3900
5  Las Vegas, NV 89101
   (702) 486-3594 (phone)
6  (702) 486-3773 (fax)
   sclinton@ag.nv.gov
7  *Attorneys for Defendants Steve Sisolak*
   *and Aaron Ford*
8

9                    **UNITED STATES DISTRICT COURT**

10                        **DISTRICT OF NEVADA**

11  ANGELA WILLIAMS; JANE DOE #1;          Case No. 2:21-cv-01676-APG-VCF
    JANE DOE #2,
12

13              Plaintiffs,                **NOTICE OF APPEARANCE FOR
                                           DEFENDANTS' STEVE SISOLAK
14  v.                                     AND AARON FORD**

15  STEVE SISOLAK, Governor of Nevada, in
    his official capacity; AARON FORD,
16  Attorney General of Nevada, in his official
    capacity; THE CITY OF LAS VEGAS;
17  CLARK COUNTY; NYE COUNTY;
    WESTERN BEST, INC. D/B/A CHICKEN
18  RANCH; WESTERN BEST LLC; JAMAL
    RASHID; MALLY MALL MUSIC, LLC;
19  FUTURE MUSIC, LLC; PF SOCIAL
    MEDIA MANAGEMENT, LLC; E.P.
20  SANCTUARY; BLU MAGIC MUSIC, LLC;
    EXCLUSIVE BEAUTY LOUNGE, LLC;
21  FIRST INVESTMENT PROPERTY LLC;
    V.I.P. ENTERTAINMENT, LLC; MP3
22  PRODUCTIONS, INC.; MMM
    PRODUCTIONS, INC.; SHAC, LLC D/B/A
23  SAPPHIRE GENTLEMAN'S CLUB
    AND/OR SAPPHIRE; SHAC MT, LLC; and
24  LAS VEGAS BISTRO, LLC D/B/A LARRY
    FLYNT'S HUSTLER CLUB,
25

26              Defendants.

27

28

Defendants Steve Sisolak, Governor of Nevada, in his official capacity and Aaron Ford, Attorney General of Nevada, in his official capacity ("Defendants"), by and through their counsel, hereby notify the Court and respective parties to this action that Deputy Attorney General, Sabrena K. Clinton, is also appearing on behalf of Defendants.

DATED this 2nd day of November, 2022.

AARON D. FORD
Attorney General

By: /s/ Sabrena K. Clinton
Sabrena K. Clinton (Bar No. 6499)
Deputy Attorney General
*Attorney for Defendants Steve Sisolak and Aaron Ford*

1

## **CERTIFICATE OF SERVICE**

2    I hereby certify that I electronically filed the foregoing document with the Clerk of

3 the Court by using the electronic filing system on the 2nd day of November, 2022, and e-

4 served the same on all parties listed on the Court's Master Service List.

5

6
                                    /s/ Lucas Combs
7                                   An employee of the
                                    Office of the Attorney General

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28