STEVEN B. WOLFSON
District Attorney
**CIVIL DIVISION**
Bar No. 1565
**JOEL K. BROWNING**
Deputy District Attorney
Bar No. 14489
**BRANDON M. THOMPSON**
Deputized Attorney
Bar No. 15825
500 South Grand Central Pkwy., Suite 5075
Las Vegas, Nevada 89155-2215
Telephone (702) 455-4761
Fax (702) 382-5178
E-Mail: Brandon.Thompson@clarkcountyda.com
*Attorneys for Defendant Clark County*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA WILLIAMS; JANE DOE,<br><br>    Plaintiff,<br><br>vs.<br><br>STEVE SISOLAK; Governor of Nevada, in his official capacity; AARON FORD, Attorney General of Nevada, in his official capacity; THE CITY OF LAS VEGAS; CLARK COUNTY; NYE COUNTY; CHICKEN RANCH; JAMAL RASHID; MALLY MALL MUSIC, LLC, FUTURE MUSIC, LLC, PF SOCIAL MEDIA MANAGEMENT, LLC, E.P. SANCTUARY BLUE MAGIC MUSIC, LLC, EXCLUSIVE BEAUTY LOUNGE, LLC, FIRST INVESTMENT PROPERTY LLC, V.I.P. ENTERTAINMENT, LLC, MP3 PRODUCTIONS, INC., & MMM PRODUCTIONS, INC.,<br><br>    Defendants. | Case No: 2:21-cv-01676-APG-VCF<br><br>**NOTICE OF APPEARANCE FOR DEFENDANT CLARK COUNTY** |

///

///

///

1  Defendant Clark County, by and through its counsel, hereby notifies the Court and
2  respective parties to this action that Deputized Attorney, Brandon M. Thompson, is also
3  appearing on behalf of Defendant.

4
5  DATED this 7th day of November, 2022.

6  Respectfully Submitted by:
   STEVEN B. WOLFSON
7  DISTRICT ATTORNEY

8
9  By: /s/ Brandon M. Thompson
   **BRANDON M. THOMPSON**
   Deputized Attorney
10 Bar No. 15825
   500 South Grand Central Pkwy.
11 Las Vegas, Nevada 89155
   *Attorneys for Defendant Clark County*

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that I am an employee of the Office of the Clark County District Attorney and that on this 7th day of November, 2022, I served a true and correct copy of the foregoing **NOTICE OF APPEARANCE FOR DEFENDANT CLARK COUNTY** (United States District Court Pacer System or the Eighth Judicial District Wiznet), by e-mailing the same to the following recipients. Service of the foregoing document by e-mail is in place of service via the United States Postal Service.

| | |
|---|---|
| Jason D. Guinasso, Esq.<br>HUTCHISON & STEFFEN, PLLC<br>5371 Kietzke Lane<br>Reno, Nevada 89511<br>jguinasso@hutchlegal.com<br>and<br>Benjamin W. Bull, Esq.<br>Pater A. Gentala, Esq.<br>Dani Bianculli Pinter, Esq.<br>Christen M. Price, Esq.<br>Pansy Watson, Esq.<br>NATIONAL CENTER ON SEXUAL EXPLOITATION<br>1201 F Street, NW Suite 200<br>Washington, DC 20004<br>*Attorney for Plaintiffs*<br>ANGELA WILLIAMS, ET AL<br>lawcenter@ncose.com | Jeffrey L. Galliher, Deputy City Attorney.<br>CITY OF LAS VEGAS<br>City Attorney's Office<br>495 S. Main Street, 6th Floor<br>Las Vegas, Nevada 89101<br>*Attorney for Defendant*<br>CITY OF LAS VEGAS<br>jgalliher@lasvegasnevada.gov |
| | Paul M. Bertone, Esq.<br>Brent L. Ryman, Esq.<br>ERICKSON THORPE & SWAINSTON LTD.<br>1885 South Arlington Ave, #205<br>Reno, Nevada 89509<br>*Attorney for Defendant*<br>NYE COUNTY<br>pbertone@etsreno.com<br>bryman@etsreno.com |
| Aaron Ford, Attorney General<br>Gregory L. Zunino, Deputy Attorney General<br>NEVADA STATE ATTORNEY GENERAL'S OFFICE<br>100 N. Carson Street<br>Carson City, Nevada 89701<br>*Attorneys for Defendant*<br>STATE OF NEVADA<br>gzunino@ag.nv.gov<br>sgeyer@agnv.gov<br><br>/ / / | Ogonna M. Brown, Esq.<br>LEWIS ROCA OTHGERBER CHRISTIE, LLP<br>3993 Howard Hughes Parkway,<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendants*<br>SHAC, LLC and SHAC MT LLC<br>OBrown@lewisroca.com |

**CERTIFICATE OF SERVICE – CONTINUED FROM ABOVE**

| | |
|---|---|
| Deanna L. Forbush, Esq.<br>Rex D. Garner, Esq.<br>John M. Orr, Esq.<br>FOX ROTHSCHILD LLP<br>1980 Festival Plaza Drive, # 700<br>Las Vegas, Nevada  89135<br>*Attorneys for Defendants*<br>WESTERN BEST, LLC and WESTERN BEST, INC., DBA CHICKEN RANCH<br>dforbush@foxrothschild.com<br>rgarner@foxrothschild.com<br>jorrr@foxrothschild.com<br><br>Russell G. Greer<br>Intervenor/Pro Se<br>PO Box 46602<br>Las Vegas, Nevada 89114<br>PRO SE<br>russmark@gmail.com | Zachary M. Youngsma<br>c/o Deanna L. Forbush, Esq.<br>FOX ROTHSCHILD, LLP<br>1980 Festival Plaza Drive, #700<br>Las Vegas, Nevada  89135<br>*Attorney of Defendants*<br>LAS VEGAS BISTRO, LLC<br>dba LARRY FLYNT'S HUSTLE CLUB<br>dforbusy@foxrothschild.com<br>zach@bradshaferlaw.com |

*/s/ Tawana T. Thomas*
An Employee of the Clark County District