UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA WILLIAMS, et al., | Case No.: 2:21-cv-01676-APG-VCF |
| Plaintiffs, | **Order (1) Directing Entry of Final Judgment Against Government Defendants and (2) Staying Case Pending Appeal** |
| v. | |
| STEVE SISOLAK, et al., | |
| Defendants. | |

On November 4, 2022, I granted the government defendants' motion for certification and entry of final judgment under Rule 54(b). ECF No. 175. I also ordered that the proceeding against the remaining defendants is stayed pending the appeal of the judgment by the plaintiffs.

I THEREFORE ORDER the clerk of the court to enter final judgment in favor of defendants Steven Sisolak, Aaron Ford, Clark County, Nye County, and the City of Las Vegas, and against plaintiffs Angela Williams, Jane Doe #1, and Jane Doe #2 on all claims among those parties.

I FURTHER ORDER that this case is stayed as to the plaintiffs and the remaining defendants while the case against the government defendants is on appeal. Should any party wish to lift the stay, they may file a motion to do so.

DATED this 7th day of November, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE