AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

ANGELA WILLIAMS, et al.,

          Plaintiffs,

v.

STEVE SISOLAK, et al.,

          Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:21-cv-01676-APG-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that final judgment is entered in favor of defendants Steven Sisolak, Aaron Ford, Clark County, Nye County, and the City of Las Vegas, and against plaintiffs Angela Williams, Jane Doe #1, and Jane Doe #2 on all claims among those parties.

| 11/7/2022 | DEBRA K. KEMPI |
|---|---|
| Date | Clerk |
| | /s/ H. Magennis |
| | Deputy Clerk |