# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 2:21-CV-01676

Notice is hereby given that the appellants listed below hereby appeal to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: September 10, 2021

Date of judgment or order you are appealing: November 7, 2022

Docket entry number of judgment or order you are appealing: ECF No.192

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☒ Yes  ☐ No  ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

ANGELA WILLIAMS; JANE DOE #1; and JANE DOE #2

Is this a cross-appeal? ☐ Yes ☒ No

If yes, what is the first appeal case number: N/A

Was there a previous appeal in this case? ☐ Yes ☒ No

If yes, what is the prior appeal case number? N/A

Your mailing address (if pro se): N/A

Prisoner Inmate or A Number (if applicable): N/A

**Signature** */s/ Jason D. Guinasso*, counsel for Appellants  **Date** December 1, 2022

*Complete and file with the attached representation statement in the U.S. District Court*
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                    *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List each party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

ANGELA WILLIAMS; JANE DOE #1; AND JANE DOE #2

Name(s) of counsel (if any):

**Jason D. Guinasso (NVSBN# 8478)**
Hutchison & Steffen, PLLC

Address: 5371 Kietzke Lane Reno, NV 89511

Telephone number(s): 775.853.8746

E-mail(s): jguinasso@hutchlegal.com

Is counsel registered for Electronic Filing in the 9th Circuit? ☒ Yes ☐ No

**Benjamin W. Bull (*admitted Pro Hac Vice, DCSB# 388206*)**
National Center on Sexual Exploitation

Address: 1201 F Street NW, Suite 200 Washington, DC 20004

Telephone number(s): 202.393.7245

E-mail(s): bbull@ncose.com

Is counsel registered for Electronic Filing in the 9th Circuit? ☐ Yes ☒ No

**Peter A. Gentala (*admitted Pro Hac Vice, AZSB# 021789*)**
National Center on Sexual Exploitation

Address: 1201 F Street NW, Suite 200 Washington, DC 20004

Telephone number(s): 202.393.7245

E-mail(s): pgentala@ncoselaw.org

Is counsel registered for Electronic Filing in the 9th Circuit? ☒ Yes ☐ No

**Dani Bianculli Pinter (*admitted Pro Hac Vice, FLSB# 120441*)**
National Center on Sexual Exploitation

Address: 1201 F Street NW, Suite 200 Washington, DC 20004

Telephone number(s): 202.393.7245

E-mail(s): dpinter@ncoselaw.org

Is counsel registered for Electronic Filing in the 9th Circuit? ☐ Yes ☒ No

**Christen M. Price (*admitted Pro Hac Vice, DCSB# 1016277*)**
National Center on Sexual Exploitation

Address: 1201 F Street NW, Suite 200 Washington, DC 20004

Telephone number(s): 202.393.7245

E-mail(s): cprice@ncoselaw.org

Is counsel registered for Electronic Filing in the 9th Circuit? ☒ Yes ☐ No

**Appellee(s)**: *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

STEVE SISOLAK, in his official capacity as Governor of Nevada; AARON FORD, in his official capacity as Attorney General for Nevada; CLARK COUNTY; THE CITY OF LAS VEGAS; and NYE COUNTY

Name(s) of counsel (if any):

*For Governor Steve Sisolak and Attorney General Aaron Ford, in their official capacities*

**Gregory Louis Zunino**
Nevada State Attorney General's Office

Address: 100 N. Carson Street, Carson City, NV 89701
Telephone number(s): 775.684.1137
E-mail(s): GZunino@ag.nv.gov ; sgeyer@ag.nv.gov
Is counsel registered for Electronic Filing in the 9th Circuit? ☐ Yes ☐ No
**Unknown**

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

*For Clark County*

**Joel K Browning**
Clark County District Attorney Civil Division

Address: 500 S. Grand Central Parkway, #5075 Las Vegas, NV 89155
Telephone number(s): 702.455.4761
Email(s):
      joel.browning@clarkcountyda.com
      christine.wirt@clarkcountyda.com;
      Tawana.Thomas@clarkcountyda.com

Is counsel registered for Electronic Filing in the 9th Circuit? ☐ Yes ☐ No
**Unknown**

*For the City of Las Vegas*

**Jeffrey L Galliher**
Las Vegas City Attorney's Office

Address: 495 S. Main Street, 6th Floor  Las Vegas, NV 89101
Telephone number(s): 702.229.6629
Email(s):
      jgalliher@lasvegasnevada.gov ; ccorwin@lasvegasnevada.gov ;
      ckelly@lasvegasnevada.gov ; jandrews@lasvegasnevada.gov;
      khansen@lasvegasnevada.gov

Is counsel registered for Electronic Filing in the 9th Circuit? ☐ Yes ☐ No
**Unknown**

*For Nye County*
**Brent L Ryman Erickson**
Thorpe & Swainston, Ltd.

Address: 99 W. Arroyo  P.O. Box 3559  Reno, NV 89505
Telephone number(s): 775.786.3930
Email(s):
      bryman@etsreno.com ; daguirre@etsreno.com;
      lligouri@etsreno.com

Is counsel registered for Electronic Filing in the 9th Circuit? ☐ Yes ☐ No
**Unknown**

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Hutchison & Steffen, PLLC, over the age of 21 years, and not a party to nor interested in the within action. I certify that on this 1st day of December, 2022, the foregoing was electronically filed with the United States District Court: **Form 1. Notice of Appeal from a Judgment or Order of a United States District Court; Form 6. Representation Statement**. Electronic service of the foregoing document shall be made in accordance with the Master Service List as follows:

**Defendant**
**Steve Sisolak**
*Governor of Nevada*

represented by **Gregory Louis Zunino**
**Sabrena Clinton**
Nevada State Attorney General's Office
100 N. Carson Street
Carson City, NV 89701
775-684-1137
Fax: 775-684-1108
Email:
GZunino@ag.nv.gov, sgeyer@ag.nv.gov
SClinton@ag.nv.gov, LJCombs@ag.nv.gov, mpizzariello@ag.nv.gov, ssouthworth@ag.nv.gov

**Defendant**
**Aaron Ford**
*Attorney General of Nevada*

represented by **Gregory Louis Zunino**
**Sabrena Clinton**
(See above for address)

1

**Defendant**
The City of Las Vegas

                represented by **Jeffrey L Galliher**
Las Vegas City Attorney's Office
495 S. Main Street, 6th Floor
Las Vegas, NV 89101
702-229-6629
Fax: 702-386-1749
Email: jgalliher@lasvegasnevada.gov,
ccorwin@lasvegasnevada.gov,
ckelly@lasvegasnevada.gov,
jandrews@lasvegasnevada.gov,
khansen@lasvegasnevada.gov

**Defendant**
Nye County

                represented by **Brent L Ryman Erickson**
**Paul M. Berton**
Thorpe & Swainston, Ltd.
99 W. Arroyo
P.O. Box 3559
Reno, NV 89505
775-786-3930
Fax: 775-786-4160
Email: bryman@etsreno.com,
jhumes@etsreno.com,
jramirez@etsreno.com,
pbertone@etsreno.com,
squigley@etsreno.com
daguirre@etsreno.com,
lligouri@etsreno.com

**Defendant**
Western Best Inc. D/B/A
Chicken Ranch

represented by **Rex D. Garner**
**John M. Orr**
Fox Rothschild LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
702-262-6899
Fax: 702-597-5503
Email: rgarner@foxrothschild.com,
dloffredo@foxrothschild.com,
jorr@foxrothschild.com,
roya.rokni@lewisbrisbois.com

**Defendant**
Western Best LLC

represented by **Rex D. Garner**
**John M. Orr**
Fox Rothschild LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
(702) 262-6899
Fax: (702) 597-5503
Email:rgarner@foxrothschild.com,
dloffredo@foxrothschild.com
jorr@foxrothschild.com,
roya.rokni@lewisbrisbois.com

**Defendant**
Clark County

represented by **Joel K Browning**
Clark County District Attorney Civil Division
500 S. Grand Central Parkway, #5075
Las Vegas, NV 89155-2215
(702) 455-4761
Fax: (702) 382-5178
Email: joel.browning@clarkcountyda.com, christine.wirt@clarkcountyda.com, Tawana.Thomas@clarkcountyda.com

**Defendant**
SHAC, LLC d/b/a Sapphire Gentlemen's Club and/or Sapphire

represented by **Ogonna M. Brown**
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
Fax: (702) 949-8398
Email: OBrown@lewisroca.com; OBrown@lrrc.com, dberhanu@lewisroca.com,jhess@lewisroca.com, klopez@lewisroca.com, mdale@lrrc.com, nlord@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com, ombcalendar@lewisroca.com

**Casey T. Wallace, William X. King**
WALLACE & ALLEN, LLP
440 Louisiana, Suite 1500
Houston, Texas 77002
(713) 227-1744
Fax: (713) 227-0104
Email: cwallace@wallaceallen.com; wking@wallaceallen.com , service@wallaceallen.com, vbaker@wallaceallen.com, wking@wallaceallen.com

4

**Defendant**
SHAC MT, LLC                          represented by **Ogonna M. Brown**
                                      (See above for address)

                                      **Casey T. Wallace, William X. King**
                                      (See above for address)

**Defendant**
Las Vegas Bistro, LLC D/B/A
Larry Flynt's Hustler Club            represented by **Zachary Youngsma**
                                      **Deanna L. Forbush (Local Counsel)**
                                      Fox Rothschild LLP
                                      198 Festival Plaza Drive, Suite 700
                                      Las Vegas, NV 89135

                                      Shafter & Associates, P.C.
                                      3800 Capital City Boulevard, Suite 2
                                      Lansing, MI 48906
                                      517-886-6560
                                      Fax: 517-886-6565
                                      Email: zack@BradShaferLaw.com,
                                      brad@bradshaferlaw.com,
                                      info@bradshaferlaw.com,
                                      matt@bradshaferlaw.com,
                                      DForbush@foxrothschild.com, jdeangelis@foxrothschild.com, sharper@foxrothschild.com

**Pro se litigant**
Russell Greer                         represented by **Russell Greer**

                                      P.O. Box 46602
                                      Las Vegas, NV 89114
                                      801-895 3501
                                      Email: russmark@gmail.com

DATED this 1st day of December, 2022.


                                      /s/ Bernadette Francis
                                      *An employee of Hutchison & Steffen, PLLC*

5

Pursuant to FRCP 5(b), I certify I am an employee of Hutchison & Steffen, PLLC, over the age of 21 years, and not a party to nor interested in the within action. I certify that on this date December 1, 2022, I caused the foregoing to be sent to a process server for service: **Form 1. Notice of Appeal from a Judgment or Order of a United States District Court; Form 6. Representation Statement** upon the parties below who have not ever appeared in the case and defaults are entered against each of them:

**Defendant**

| | |
|---|---|
| Blu Magic Music, LLC, | Jamal Rashid (Inmate #45040-509), Corporate officer At Federal Correctional Institution, Sheridan 27072 SW Balliston Rd. Sheridan, OR 97378 |

**Defendant**

| | |
|---|---|
| E.P. Sanctuary | Jamal Rashid (Inmate #45040-509), Corporate officer At Federal Correctional Institution, Sheridan 27072 SW Balliston Rd. Sheridan, OR 97378 |

**Defendant**

| | |
|---|---|
| Exclusive Beauty Lounge, LLC, | Jamal Rashid (Inmate #45040-509), Corporate officer At Federal Correctional Institution, Sheridan 27072 SW Balliston Rd. Sheridan, OR 97378 |

**Defendant**
First Investment Property LLC

Jamal Rashid (Inmate #45040-509),
Corporate officer
At Federal Correctional Institution, Sheridan
27072 SW Balliston Rd.
Sheridan, OR 97378

**Defendant**
Future Music, LLC

Jamal Rashid (Inmate #45040-509),
Corporate officer
At Federal Correctional Institution, Sheridan
27072 SW Balliston Rd.
Sheridan, OR 97378

**Defendant**
Jamal Rashid

Jamal Rashid (Inmate #45040-509),
Corporate officer
At Federal Correctional Institution, Sheridan
27072 SW Balliston Rd.
Sheridan, OR 97378

**Defendant**
Mally Mall Music, LLC

Jamal Rashid (Inmate #45040-509),
Corporate officer
At Federal Correctional Institution, Sheridan
27072 SW Balliston Rd.
Sheridan, OR 97378

**Defendant**
MMM Productions, INC.

Jamal Rashid (Inmate #45040-509),
Corporate officer
At Federal Correctional Institution, Sheridan
27072 SW Balliston Rd.
Sheridan, OR 97378

**Defendant**
MP3 Productions, INC.

4730 S. Fort Apache Road,
Suite 300,
Las Vegas, NV, 89147

| | |
|---|---|
| **Defendant**<br>PF Social Media Management, LLC | Jamal Rashid (Inmate #45040-509),<br>Corporate officer<br>At Federal Correctional Institution, Sheridan<br>27072 SW Balliston Rd.<br>Sheridan, OR 97378 |
| **Defendant**<br>V.I.P Entertainment, LLC, | 2764 N. Green Valley Parkway, #400<br>Henderson, NV, 89014 |

DATED this 1st day of December, 2022.

/s/ Bernadette Francis
*An employee of Hutchison & Steffen, PLLC*