1  George Haines, Esq.
   Nevada Bar No.: 9411
2  **FREEDOM LAW FIRM**
3  8985 S. Eastern Ave., Suite 350
   Las Vegas, Nevada 89123
4  (702) 880-5554
5  (702) 385-5518 (fax)
   Ghaines@freedomlegalteam.com
6

7                    UNITED STATES DISTRICT COURT
                           DISTRICT OF NEVADA
8

9  ANGELA WILLIAMS; JANE DOE # 1; JANE
   DOE #2, Plaintiffs,                          Case No.  2:21-CV-01676-APG-VCF
10

11  v.

12  STEVE SISOLAK, Governor of Nevada, in his
    official capacity; AARON FORD, Attorney General
13  of Nevada, in his official capacity; THE CITY OF
    LAS VEGAS; CLARK COUNTY; NYE COUNTY;
14  WESTERN BEST, INC. D/B/A CHICKEN
    RANCH; WESTER BEST LLC; JAMAL RASHID;
15  MALLY MALL MUSIC, LLC; FUTURE MUSIC,
16  LLC; PF SOCIAL MEDIA MANAGEMENT, LLC;
    E.P. SANCTUARY; BLU MAGIC MUSIC, LLC;
17  EXCLUSIVE BEAUTY LOUNGE, LLC; FIRST
18  INVESTMENT PROPERTY LLC; V.I.P.
    ENTERTAINMENT, LLC; MP3 PRODUCTIONS,
19  INC.; MMM PRODUCTIONS, INC.; SHAC, LLC
    D/B/A SAPPHIRE GENTLEMAN'S CLUB
20  AND/OR SAPPHIRE; SHAC MT, LLC; and LAS
21  VEGAS BISTRO, LLC D/B/A LARRY FLYNT'S
    HUSTLER CLUB; Defendants.
22
23
24
25
26
27
28

## NOTICE OF BANKRUPTCY ACTION

TO: ALL INTERESTED PARTIES.

Plaintiff Jamal Rashid ("Mr. Rashid"), by and through his Chapter 13 Bankruptcy attorneys, Freedom Law Firm, hereby provides notice that Mr. Rashid has filed a Chapter 13 Bankruptcy Petition, case number 21-14537, in the U.S. Bankruptcy Court for the District of Nevada on the 16th day of September 2021.

DATED this 8th day of December, 2022.

FREEDOM LAW FIRM

/s/George Haines
 George Haines, Esq..
Nevada Bar No. 9411
8985 South Eastern Ave., Suite 350
Las Vegas, NV 89123
*Bankruptcy Counsel for Jamil Rashid*