**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANGELA WILLIAMS, et al., | Case No.: 2:21-cv-01676-APG-VCF |
| Plaintiffs | **Order** |
| v. | |
| STEVE SISOLAK, et al., | |
| Defendants | |

I previously stayed this case pending the plaintiffs' appeal of my order dismissing with prejudice the government defendants. *See* ECF Nos. 189, 191, 192.  About a month after I stayed the case, defendant Jamal Rashid filed a notice of bankruptcy, so this case is also stayed as to him by the automatic bankruptcy stay. ECF No. 194.

The Ninth Circuit issued its decision affirming my dismissal order as to the government defendants in December 2023. ECF No. 198.  The remaining parties have taken no action since then to move this case forward.  Although the case is stayed as to Rashid due to his bankruptcy, the other remaining parties are to confer and prepare a joint status report on how the case should proceed.  If the parties cannot agree, they should briefly set forth their respective positions in the status report.

I THEREFORE ORDER that the remaining parties (except Jamal Rashid) shall confer and file a joint status report by June 7, 2024 regarding how the case should proceed.

DATED this 7th day of May, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE