JEFFRY M. DOROCAK
City Attorney
Nevada Bar No. 13109
By: PAUL MATA
Deputy City Attorney
Nevada Bar No. 14922
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629
(702) 386-1749 (fax)
Email: pmata@lasvegasnevada.gov
Attorneys for CITY OF LAS VEGAS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA WILLIAMS; JANE DOE, <br><br> Plaintiffs, <br><br> vs. <br><br> STEVE SISOLAK, Governor of Nevada, in his official capacity; AARON FORD, Attorney General of Nevada, in his official capacity; THE CITY OF LAS VEGAS; CLARK COUNTY; NYE COUNTY; CHICKEN RANCH; JAMAL RASHID; MALLY MALL MUSIC, LLC, FUTURE MUSIC, LLC, PF SOCIAL MEDIA MANAGEMENT, LLC, E.P. SANCTUARY BLU MAGIC MUSIC, LLC, EXCLUSIVE BEAUTY LOUNGE, LLC, FIRST INVESTMENT PROPERTY LLC, V.I.P. ENTERTAINMENT, LLC, MP3 PRODUCTIONS, INC., & MMM PRODUCTIONS, INC., <br><br> Defendants. | CASE NO. 2:21-cv-1676-APG-MDC |

**MOTION TO REMOVE ATTORNEY FROM SERVICE LIST**

Defendant CITY OF LAS VEGAS, through JEFFRY M. DOROCAK, City Attorney, by PAUL MATA, Deputy City Attorney, hereby requests the removal of Jeffrey L. Galliher from the

. . . .

. . . .

. . . .

CM/ECF Service List as he is no longer affiliated with the Las Vegas City Attorney's Office.

DATED this 6th day of June, 2024.

> JEFFRY M. DOROCAK
> City Attorney
>
> By: /s/ *Paul Mata*
> PAUL MATA
> Deputy City Attorney
> Nevada Bar No. 14922
> 495 South Main Street, Sixth Floor
> Las Vegas, NV 89101
> Attorneys for CITY OF LAS VEGAS

## ORDER

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 6/7/2024