# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Angela Williams, *et al*, | 2:21-cv-01676-APG-MDC |
| Plaintiff(s), | |
| vs. | **Order Setting Hearing** |
| Steve Sisolak, *et al.*, | |
| Defendant(s). | |

The parties shall appear for an in-person hearing on July 17, 2024, at 1:30pm in Courtroom 3D for a Status Conference.

IT IS SO ORDERED.

Dated this 25th day of June 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge