# **EXHIBIT INDEX**

| EXHIBIT | DESCRIPTION | PAGES* |
|---|---|---|
| 1 | Ruth Rondon, *Understanding the 4 Stages of Recovering from Sex Trafficking*, HUMAN TRAFFICKING LEARNING, (2017) 1- 7, 5 | 9 |

*Including cover page