ZACHARY M. YOUNGSMA
Nevada Bar No. 15680
**SHAFER & ASSOCIATES, P.C.**
3800 Capital City Blvd., Ste. 2
Lansing, MI 48906
T: 517-886-6560
F: 517-886-6565
E: Zack@BradShaferLaw.com

*Counsel for Defendant Las Vegas Bistro, LLC*

DEANNA L. FORBUSH*
Nevada Bar No. 6646
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Dr. Ste. 700
Las Vegas, Nevada 89135
T: 702-262-6899
F: 702-597-5503
E: dforbush@foxrothschild.com

\* *Designated Nevada Attorney Pursuant to LR IA 11-1(b) and Nev. Sup. Ct. R. 42.1*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANGELA WILLIAMS; JANE DOE #1; JANE DOE #2,<br><br>    Plaintiffs,<br><br>v.<br><br>STEVE SISOLAK, Governor of Nevada, in his official capacity; AARON FORD, Attorney General of Nevada, in his official capacity; THE CITY OF LAS VEGAS; CLARK COUNTY; NYE COUNTY; WESTERN BEST, INC. D/B/A CHICKEN RANCH; WESTERN BEST LLC; JAMAL RASHID; MALLY MALL MUSIC, LLC; FUTURE MUSIC, LLC; PF SOCIAL MEDIA MANAGEMENT, LLC; E.P. SANCTUARY; BLUE MAGIC MUSIC, LLC; EXCLUSIVE BEAUTY LOUNGE, LLC; FIRST INVESTMENT PROPERTY, LLC; V.I.P. ENTERTAINMENT, LLC; MP3 PRODUCTIONS, INC.; MMM PRODUCTIONS, INC.; SHAC, LLC D/B/A SAPPHIRE GENTLEMEN'S CLUB AND/OR SAPPHIRE; SHAC MT, LLC; and LAS VEGAS BISTRO, LLC D/B/A LARRY FLYNT'S HUSTLER CLUB, | Case No.: 2:21-cv-01676-APG-MDC<br><br>**STIPULATED DISMISSAL OF SELECT CLAIMS** |

Defendants

COMES NOW Defendant LAS VEGAS BISTRO, LLC ("Bistro"), by and through its undersigned counsel of record, and Plaintiffs ANGELA WILLIAMS; JANE DOE # 1; and JANE DOE # 2 (collectively, with Defendant, the "Parties"), by and through their undersigned counsel of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby stipulate to dismissing the following claims:

1. Plaintiff Angela Williams voluntarily dismisses all claims against Bistro pled in the First Amended Complaint, [Doc. 49 (hereafter, the "FAC")].

2. Plaintiff Jane Doe # 1 voluntarily dismisses all claims against Bistro pled in the FAC.

3. Plaintiff Jane Doe # 2 voluntarily dismisses her Thirteenth Amendment based claim(s) against Bistro pled in the FAC, Count I thereof.

Each party agrees to bear their own costs associated with the above-listed claims.

Dated: December 9, 2024                                Respectfully Submitted,

| **SHAFER & ASSOCIATES, P.C.** | **GUINASSO LAW, LTD.** |
|---|---|
| */s/ Zachary M. Youngsma*<br>Zachary M. Youngsma<br>Nevada Bar No. 15680<br>**Shafer & Associates, P.C.**<br>3800 Capital City Blvd., Ste. 2<br>Lansing, Michigan 48906<br>T: 517-886-6560<br>F: 517-886-6565<br>E: Zack@BradShaferLaw.com | */s/ Jason D. Guinasso*<br>Jason D. Guinasso, Esq.<br>Nevada Bar No. 8478<br>5371 Kietzke Lane<br>Reno, Nevada 89511<br>T: 775-993-8899<br>E: jason@guinassolaw.com |
| *Counsel for Defendant Las Vegas Bistro, LLC* | *Counsel for all Plaintiffs* |

IT IS SO ORDERED:

Dated: December 10, 2024

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE