# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA WILLIAMS; JANE DOE #1; JANE DOE #2,<br><br>Plaintiffs,<br><br>v.<br><br>STEVE SISOLAK, Governor of Nevada, in his official capacity; AARON FORD, Attorney General of Nevada, in his official capacity; THE CITY OF LAS VEGAS; CLARK COUNTY; NYE COUNTY; WESTERN BEST, INC. D/B/A CHICKEN RANCH; WESTERN BEST LLC; JAMAL RASHID; MALLY MALL MUSIC, LLC; FUTURE MUSIC, LLC; PF SOCIAL MEDIA MANAGEMENT, LLC; E.P. SANCTUARY; BLUE MAGIC MUSIC, LLC; EXCLUSIVE BEAUTY LOUNGE, LLC; FIRST INVESTMENT PROPERTY, LLC; V.I.P. ENTERTAINMENT, LLC; MP3 PRODUCTIONS, INC.; MMM PRODUCTIONS, INC.; SHAC, LLC D/B/A SAPPHIRE GENTLEMEN'S CLUB AND/OR SAPPHIRE; SHAC MT, LLC; and LAS VEGAS BISTRO, LLC D/B/A LARRY FLYNT'S HUSTLER CLUB,<br><br>Defendants | Case No.: 2:21-cv-01676-APG-MDC<br><br>**ORDER<br>GRANTING JOINT MOTION / STIPULATION TO BRIEFLY STAY THE BRIEFING CYCLE DEADLINES RELATED TO DEFENDANT LAS VEGAS BISTRO, LLC'S MOTION TO DISMISS** |

This matter, having come before the Court by way of Defendant LAS VEGAS BISTRO, LLC's ("Bistro") and Plaintiff JANE DOE #2's Joint Motion for a Brief Stay of the Briefing Cycle Deadlines Related to Bistro's Motion to Dismiss, [Doc. 235], (hereafter, the "Motion"), brought pursuant to Fed. R. Civ. P. 1 and the Court's inherent authority to manage its own docket, and the record in this matter, hereby GRANTS the Motion and orders as follows:

    A. On or before January 23, 2025, Bistro shall file with the Court either 1) a notice that it no longer seeks to compel JD2 to arbitrate her claims and wishes to proceed with its pending Motion to Dismiss, [Doc. 235 (the "Dismiss

Motion")], seeking to dismiss JD2's claims against it, 2) a motion to compel JD2 to arbitrate her claims with a copy of JD2's arbitration agreement, or 3) a joint notice that JD2 has consented to arbitration;

B. The Parties deadlines related to Bistro's pending Motion to Dismiss, [Doc. 235], are hereby stayed until February 6, 2025; and

C. JD2's response to Bistro's Dismiss Motion or motion to compel arbitration is reset to February 6, 2025, with Bistro's reply in support of either motion being due seven (7) days thereafter.

**IT IS SO ORDERED.**

December 30, 2024
Date

ANDREW P. GORDON
CHIEF U.S. DISTRICT JUDGE

2