# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA WILLIAMS; JANE DOE #1; JANE DOE #2,<br><br>Plaintiffs,<br><br>v.<br><br>STEVE SISOLAK, Governor of Nevada, in his official capacity; AARON FORD, Attorney General of Nevada, in his official capacity; THE CITY OF LAS VEGAS; CLARK COUNTY; NYE COUNTY; WESTERN BEST, INC. D/B/A CHICKEN RANCH; WESTERN BEST LLC; JAMAL RASHID; MALLY MALL MUSIC, LLC; FUTURE MUSIC, LLC; PF SOCIAL MEDIA MANAGEMENT, LLC; E.P. SANCTUARY; BLUE MAGIC MUSIC, LLC; EXCLUSIVE BEAUTY LOUNGE, LLC; FIRST INVESTMENT PROPERTY, LLC; V.I.P. ENTERTAINMENT, LLC; MP3 PRODUCTIONS, INC.; MMM PRODUCTIONS, INC.; SHAC, LLC D/B/A SAPPHIRE GENTLEMEN'S CLUB AND/OR SAPPHIRE; SHAC MT, LLC; and LAS VEGAS BISTRO, LLC D/B/A LARRY FLYNT'S HUSTLER CLUB,<br><br>Defendants | Case No.: 2:21-cv-01676-APG-MDC<br><br>ORDER<br><br>GRANTING JOINT MOTION / STIPULATION TO FURTHER STAY THE BRIEFING CYCLE DEADLINES RELATED TO DEFENDANT LAS VEGAS BISTRO, LLC'S MOTION TO DISMISS |

This matter, having come before the Court by way of Defendant LAS VEGAS BISTRO, LLC's ("Bistro") and Plaintiff JANE DOE #2's ("JD2") Joint Motion / Stipulation to Further Stay the Briefing Cycle Deadlines Related to Defendant Las Vegas Bistro, LLC's Motion to Dismiss, [Doc. 235 (the "Motion")], brought pursuant to Fed. R. Civ. P. 1 and the Court's inherent authority to manage its own docket, and the record in this matter, hereby GRANTS the Motion and orders as follows:

  A. Bistro and JD2's deadlines related to Bistro's Motion to Dismiss, [Doc. 235 (the "Dismiss Motion") are hereby STAYED while the Court considers Bistro's Motion to Compel Arbitration, [Doc. _ (the "Compel Motion")]. If necessary,

       the Court will issue further instructions regarding the Parties briefing deadlines related to Bistro's Dismiss Motion with its order adjudicating the Compel Motion; and

B. in the event that the Court denies Bistro's Compel Motion, Bistro's right to move this Court to stay the proceedings as to Bistro and JD2 pending appeal of such a decision is preserved.

**IT IS SO ORDERED.**

January 24, 2025
Date

ANDREW P. GORDON
CHIEF U.S. DISTRICT JUDGE