**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Angela Williams,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>Jamal Rashid, et al.,<br><br>　　　　　　Defendant(s). | 2:21-cv-01676-APG-MDC<br><br>**ORDER DENYING STIPULATION** |

The parties' *Second Stipulated Discovery Plan and Scheduling Order* (ECF No. 259) ("Stipulation") is DENIED without prejudice.

The parties request almost 15 months for discovery. The matter is already over three years old, and the parties do not show good cause or articulate any grounds why they believe such a lengthy discovery is necessary. The parties also fail to provide any deadlines for amending the pleadings, adding parties, or for expert disclosures. The parties simply state they were unable to agree to such deadlines, without detailing their meet and confer efforts to agree on such deadlines. The parties further advise that they may, at their discretion, provide such deadlines at some identified time in the future "as necessary." That is not reasonable. LR 26-1 requires the parties to provide such deadlines. In sum, the parties have not met their obligations under FRCP 26, LR IA 1-3(f), and LR 26-1.

Finally, the parties' Stipulation does not comply with LR IA 6-2, which provides that the judicial "signature block must not begin on a separate page; it must appear approximately 1 inch below the last typewritten matter on the right-hand side of the last page of the stipulation…." The parties shall submit an amended stipulation addressing and complying with the foregoing by no later than **February 14, 2025**."

//

//

ACCORDINGLY,

**IT IS ORDERED that:**

1. The *Second Stipulated Discovery Plan and Scheduling Order* (ECF No. 259) is DENIED without prejudice.

2. The parties shall submit an amended stipulation addressing and complying with the foregoing by no later than **February 14, 2025**.

DATED this 6th day of February 2025.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge