# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Angela Williams, et al., <br><br>    Plaintiff(s), <br><br> vs. <br><br> Jamal Rashid, et al., <br><br>    Defendant(s). | 2:21-cv-01676-APG-MDC <br><br> **ORDER GRANTING IN PART and DENYING IN PART MOTION (ECF No. 268)** |

**IT IS ORDERED** that the *Unopposed Motion to Stay Discovery* ("Motion") (ECF No. 268) is **GRANTED IN PART**. Discovery is stayed only as to Las Vegas Bistro, LLC ("Bistro") and plaintiff Jane Doe #2 ("JD2") pending the outcome of Bistro's motion to compel arbitration (ECF No. 251).

The Motion is **DENIED IN PART** as to the wholesale request for 1 year discovery. Foremost, the request is not ripe. Bistro and JD2 shall submit a proposed discovery plan and scheduling order relative to the claims between them within 14-days of an order denying Bistro's motion to compel arbitration (ECF No. 251). In the event Bistro's motion to compel arbitration is granted, Bistro and JD2 shall comply with the terms of that order.

DATED this 11th day of February 2025.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge