**NATIONAL CENTER ON SEXUAL EXPLOITATION**
Benjamin W. Bull*
Peter A. Gentala*
Danielle Bianculli Pinter*
Christen M. Price*
1201 F Street NW, Suite 200
Washington, DC, 20004
Tel: (202) 393-7245
lawcenter@ncose.com

*Admitted Pro Hac Vice*
*Attorneys for Plaintiffs*

**GUINASSO LAW, LTD.**
Jason D. Guinasso, Esq.
5371 Kietzke Lane
Reno, NV 89511
Tel: (775) 853-8746
Fax: (775) 201-9611
guinassolaw@gmail.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA WILLIAMS; JANE DOE #1; JANE DOE #2, <br><br>Plaintiffs, <br><br>vs. <br><br>STEVE SISOLAK, Governor of Nevada, in his official capacity; AARON FORD, Attorney General of Nevada, in his official capacity; THE CITY OF LAS VEGAS; CLARK COUNTY; NYE COUNTY; WESTERN BEST, INC. D/B/A CHICKEN RANCH; WESTERN BEST LLC; JAMAL RASHID; MALLY MALL MUSIC, LLC; FUTURE MUSIC, LLC; PF SOCIAL MEDIA MANAGEMENT, LLC; E.P. SANCTUARY; BLU MAGIC MUSIC, LLC; EXCLUSIVE BEAUTY LOUNGE LLC; FIRST INVESTMENT PROPERTY LLC; V.I.P. ENTERTAINMENT, LLC; MP3 PRODUCTIONS, INC.; MMM PRODUCTIONS, INC.; SHAC, LLC D/B/A SAPPHIRE GENTLEMAN'S CLUB AND/OR SAPPHIRE; SHAC MT, LLC; and LAS VEGAS BISTRO, LLC D/B/A LARRY FLYNT'S HUSTLER CLUB; <br><br>Defendants. | Case No.: 2:21-cv-01676-APG-VCF <br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO SHAC, LLC D/B/A SAPPHIRE GENTLEMAN'S CLUB AND SHAC MT, LLC'S MOTION TO COMPEL ARBITRATION [ECF NO. 257] AND PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION TO STRIKE [ECF NO. 267]** |

COMES NOW Plaintiffs Angela Williams, Jane Doe #1, and Jane Doe #2 ("Plaintiffs"), by and through their counsel of record, Guinasso Law, Ltd. and the National Center on Sexual Exploitation, and Defendants SHAC, LLC d/b/a Sapphire Gentlemen's Club, and SHAC, MT, LLC ("Defendants"), by and through their counsel of record Womble Bond Dickinson (US) LLP and Wallace & Allen, LLP, hereby stipulate and agree to the following regarding Defendants' Motion to Compel Arbitration filed on January 30, 2025 [ECF No. 257]:

1. This is the first stipulation for extension of time to file a response to Defendants' Motion to Compel Arbitration filed on January 30, 2025 [ECF No. 257];

2. Plaintiffs have a two-week extension to file an opposition to Defendants' Motion to Compel Arbitration filed on January 30, 2025 [ECF No. 257], extending their deadline to respond to February 27, 2025;

3. Defendants have a two-week extension to file their reply to Plaintiffs' opposition to their Motion to Compel Arbitration, extending their deadline to reply to March 6, 2025; and

4. Having received the unredacted documents at issue, Plaintiffs withdraw their Motion to Strike Defendants' Motion to Compel Arbitration filed on February 7, 2025 [ECF No. 267].

**IT IS SO STIPULATED.**

DATED: February 13, 2025                    Respectfully Submitted,

| | |
|---|---|
| **GUINASSO LAW LTD.** | **WOMBLE BOND DICKINSON (US) LLP** |
| */s/ Jason D. Guinasso* | */s/ Ogonna M. Brown* |
| Jason D. Guinasso, Esq. | Ogonna M. Brown, Esq. |
| Nevada Bar No. 8478 | Nevada Bar No. 7589 |
| 5371 Kietzke Lane | 3993 Howard Hughes Parkway, Suite 600 |
| Reno, Nevada 89511 | Las Vegas, Nevada 89169 |
| Telephone: (775) 993-8899 | Telephone: (702) 474-2622 |
| jason@guinassolaw.com | Ogonna.Brown@wbd-us.com |
| **NATIONAL CENTER ON SEXUAL EXPLOITATION** | **WALLACE & ALLEN, LLP** |
| Benjamin W. Bull* | Casey T. Wallace, Esq.* |
| Peter A. Gentala* | William X. King, Esq.* |
| Dani Bianculli Pinter* | 440 Louisiana, Suite 1500 |
| Christen M. Price* | Houston, Texas 77002 |
| 1201 F Street, NW, Suite 200 | Telephone: (713) 227-1744 |
| Washington, DC 20004 | cwallace@wallaceallen.com |
| Telephone: (202) 393-7245 | wking@wallaceallen.com |
| bbull@ncose.com | *\*Admitted Pro Hac Vice* |
| pgentala@ncoselaw.org | *Counsel for SHAC, LLC d/b/a Sapphire* |
| dpinter@ncoselaw.org | *Gentlemen's Club and/or Sapphire and* |
| cprice@ncoselaw.org | *SHAC MT LLC* |
| *\*Admitted Pro Hac Vice* | |
| *Counsel for Plaintiffs* | |

IT IS SO ORDERED:

Dated: February 24, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE