# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA WILLIAMS, et al.,<br><br>　　Plaintiff<br><br>v.<br><br>JAMAL RASHID, et al.,<br><br>　　Defendants | Case No.: 2:21-cv-01676-APG-MDC<br><br>**Order (1) Denying Motion to Dismiss Without Prejudice and (2) Granting Motions to Seal**<br><br>[ECF Nos. 235, 256, 273] |

I ORDER that defendant Las Vegas Bistro, LLC's motion to dismiss (ECF No. 235) is DENIED without prejudice to refile it if I deny Las Vegas Bistro's motion to compel arbitration against defendant Jane Doe #2.

I FURTHER ORDER that defendant Las Vegas Bistro, LLC's motions to seal (ECF Nos. 256, 273) are GRANTED.

DATED this 10th day of July, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE