UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA WILLIAMS, et al., | Case No.: 2:21-cv-01676-APG-MDC |
| Plaintiff | **Order** |
| v. | |
| JAMAL RASHID, et al., | |
| Defendants | |

Defendants SHAC, LLC and SHAC MT's motion to stay pending appeal (ECF No. 306) is added to the hearing on August 26, 2025 at 9:30 a.m. in LV Courtroom 6C. All parties should be prepared to discuss whether any stay should apply to the entire case or only to the SHAC defendants.

DATED this 7th day of August, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE