**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANGELA WILLIAMS, et al., | Case No.: 2:21-cv-01676-APG-MDC |
| Plaintiff | **Order** |
| v. | |
| JAMAL RASHID, et al., | |
| Defendants | |

I hereby certify that the appeal filed in this matter by defendants SHAC, LLC and SHAC MT, LLC is frivolous. *See Chuman v. Wright*, 960 F.2d 104, 105 (9th Cir. 1992).  I will retain jurisdiction over the claims against SHAC, LLC and SHAC MT, LLC and proceed with discovery towards trial.  The motion to stay pending appeal **(ECF No. 306) is denied**.

DATED this 26th day of August, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE