ZACHARY M. YOUNGSMA
Nevada Bar No. 15680
**SHAFER & ASSOCIATES, P.C.**
3800 Capital City Blvd., Ste. 2
Lansing, MI 48906
T: 517-886-6560
F: 517-886-6565
E: Zack@BradShaferLaw.com

*Counsel for Defendant Las Vegas Bistro, LLC*

DEANNA L. FORBUSH*
Nevada Bar No. 6646
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Dr. Ste. 700
Las Vegas, Nevada 89135
T: 702-262-6899
F: 702-597-5503
E: dforbush@foxrothschild.com

*\* Designated Nevada Attorney Pursuant to LR IA 11-1(b) and Nev. Sup. Ct. R. 42.1*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANGELA WILLIAMS; et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>STEVE SISOLAK; et al.,<br><br>  Defendants | Case No.: 2:21-cv-01676-APG-MDC<br><br>**STIPULATION BETWEEN DEFENDANT LAS VEGAS BISTRO, LLC AND PLAINTIFF JANE DOE #2 TO EXTEND THE BRIEFING SCHEDULE REGARDING HER MOTION FOR RECONSIDERATION (Doc. 326) AND PROPOSED ORDER**<br><br>**(FIRST REQUEST)** |

COMES NOW Defendant Las Vegas Bistro, LLC ("Bistro") by and through its undersigned counsel of record, and Plaintiff Jane Doe #2 ("JD2," which, when combined with Bistro, the "Parties"), by and through her undersigned counsel of record, hereby stipulate and agree to the following:

1. On September 23, 2025, 28 days after the Court's order, JD2 filed a Motion for Reconsideration or, in the Alternative, Clarification of Order (ECF No. 322) Granting Defendant Las Vegas Bistro, LLC's Motion to Compel Arbitration (ECF No. 251). [Doc. 326]. The motion is lengthy, dense, and raises multiple overlapping challenges to the Court's order, and cites new case law not previously raised in JD2's opposition briefing. Pursuant to LR 7-2(b) and the docket text with the filing of JD2's motion makes Bistro's response due on October 7, 2025, and JD2's reply due on October 14, 2025.

2. The Parties stipulate and agree to extend Bistro's deadline to file a response to JD2's motion, [Doc. 326], by ten (10) days, thereby making the responsive filing due on October 17, 2025. The Parties further stipulate and agree to extend JD2's deadline to file an optional reply in support of her Motion, [Doc. 326], by seven (7) days, thereby making the reply filing due on October 31, 2025.

3. The requested extension for Bistro is based on counsel's existing professional and personal commitments, staffing limitations, and the complexity of JD2's motion. Counsel for Bistro has unavoidable professional obligations, including an all-day defense of a client sitting for an internal employment investigation currently scheduled for September 26th, and a previously scheduled out of town family vacation from October 9-12. Bistro's sole paralegal is also out of the country on vacation from September 24th through October 6th, constraining staff support. In addition, counsel is covering matters for Mr. Shafer, who will be out of the office from September 25-29 for personal commitments and from October 8-9 for another client matter. Mr. Shafer will also be out of the office in observation of the Jewish High Holidays (Yom Kippur, October 1-2), during which time counsel will be covering matters in his absence. JD2's motion, [Doc. 326], is lengthy and complex, raising multiple overlapping issues of formation, capacity, duress, public policy, and citing new case law that Bistro must review and analyze. JD2 was afforded 28 days to prepare her motion, and Bistro believes a comparable response period is appropriate to ensure a thorough and efficient response that will aid the Court's resolution of the issues. In fairness, the Parties agree it is also appropriate to extend JD2's reply deadline.

4. This stipulation is made in good faith and not for the purpose of delay or any other improper purpose. The Parties agree that a modest extension will promote efficiency and allow the Court to receive fulsome briefing on the issues raised in Plaintiff's motion.

**THEREFORE**, it is hereby stipulated and agreed, by and between Defendant Las Vegas Bistro, LLC and Plaintiff Jane Doe #2, through their undersigned counsel, that

Bistro shall have until October 17, 2025, to file its response to JD2's motion, [Doc. 326], and JD2 shall have until October 31, 2025, to file her optional reply.

Dated: September 24, 2025                    Respectfully Submitted,

| | |
|---|---|
| */s/ Jason D. Guinasso* | */s/ Zachary M. Youngsma* |
| Jason D. Guinasso, Esq. | Zachary M. Youngsma |
| Nevada Bar No. 8478 | Nevada Bar No. 15680 |
| **Guinasso Law, Ltd.** | **Shafer & Associates, P.C.** |
| 5371 Kietzke Lane | 3800 Capital City Blvd., Ste. 2 |
| Reno, NV 89511 | Lansing, MI 48906 |
| T: 775-853-8746 | T: 517-886-6560 |
| F: 775-201-9611 | F: 517-886-6565 |
| E: guinassolaw@gmail.com | E: Zack@BradShaferLaw.com |
| *Counsel for Plaintiff Jane Doe #2* | *Counsel for Defendant Las Vegas Bistro, LLC* |

3

**ORDER**

Defendant Las Vegas Bistro, LLC's response to Plaintiff Jane Doe #2's Motion for Reconsideration or, in the Alternative, Clarification, [Doc. 326], is due by October 17, 2025. Plaintiff's optional reply is due by October 31, 2025.

IT IS SO ORDERED:

Dated: September 25, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE