ZACHARY M. YOUNGSMA
Nevada Bar No. 15680
**SHAFER & ASSOCIATES, P.C.**
3800 Capital City Blvd., Ste. 2
Lansing, MI 48906
T: 517-886-6560
F: 517-886-6565
E: Zack@BradShaferLaw.com

*Counsel for Defendant Las Vegas Bistro, LLC*

DEANNA L. FORBUSH*
Nevada Bar No. 6646
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Dr. Ste. 700
Las Vegas, Nevada 89135
T: 702-262-6899
F: 702-597-5503
E: dforbush@foxrothschild.com

*\* Designated Nevada Attorney Pursuant to LR IA 11-1(b) and Nev. Sup. Ct. R. 42.1*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA WILLIAMS; et al.,<br><br> Plaintiffs,<br><br>v.<br><br>STEVE SISOLAK; et al.,<br><br> Defendants | Case No.: 2:21-cv-01676-APG-MDC<br><br>**NOTICE REGARDING MISQUOTATION IN PLAINTIFF JD2'S REPLY [ECF No. 334]** |

Defendant Las Vegas Bistro, LLC ("Bistro") respectfully submits this Notice to ensure accuracy of the record regarding two legal authorities cited in Plaintiff Jane Doe #2's ("JD2") Reply in Support of Motion for Reconsideration/Clarification. [ECF No. 334 (hereafter, "JD2's Reply")]. Consistent with the principles reflected in Nevada Rules of Professional Conduct 3.1 and 3.3, Bistro files this Notice solely to assist the Court in maintaining an accurate record. No affirmative relief is requested at this time.

At 6:3-4 of JD2's Reply, she states: "The Ninth Circuit requires an evidentiary hearing when 'genuine disputes of material fact exist as to the making of the agreement to arbitrate.' *Sanford*, 483 F.3d at 963." That quoted language, "genuine disputes of material fact exist as to the making of the agreement," does not appear anywhere in Sanford v. MemberWorks, Inc., 483 F.3d 956, 963 (9th Cir. 2007).

At 3:17-21 of JD2's Reply, she states: "This principle applies with particular force here, where Jane Doe #2 challenges whether she had the mental capacity to assent—a challenge that, as *Buckeye* noted, 'concerns whether an agreement was ever formed between the parties, not the contract's

validity.' *Buckeye Check Cashing, Inc. v. Cardegna*, 546 U.S. 440, 441 n.1 (2006)." That quoted language does not appear anywhere in Buckeye.

## CONCLUSION

Bistro files this Notice solely to ensure the Court's consideration of the issues is based on the actual language of the cited authorities. No further action or relief is sought at this time.

Dated: October 29, 2025                    Respectfully Submitted,

SHAFER & ASSOCIATES, P.C.


/s/ Zachary M. Youngsma
Zachary M. Youngsma
Nevada Bar No. 15680
**Shafer & Associates, P.C.**
3800 Capital City Blvd., Ste. 2
Lansing, Michigan 48906
T: 517-886-6560
F: 517-886-6565
E: Zack@BradShaferLaw.com

*Counsel for Defendant Las Vegas Bistro, LLC*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2025, I electronically filed the foregoing document, along with all accompanying exhibits and declarations, if any, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Zachary M. Youngsma
Zachary M. Youngsma
Nevada Bar No. 15680
**SHAFER & ASSOCIATES, P.C.**