**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Angela Williams, *et al.*,

              Plaintiffs,

vs.

Jamal Rashid, *et al.*,

              Defendants.

**Case No. 2:21-cv-01676-APG-MDC**

**ORDER RE: DISCOVERY DISPUE STIPULATION (ECF No. 374) and GRANTING ATTORNEY GUINASSO'S MOTION TO WITHDRAW (ECF No. 373)**

Pending before the Court is the parties' *Stipulation Regarding Discovery Dispute* (ECF No. 374) ("Dispute Stipulation") regarding plaintiffs' request for brief stay or extension of discovery and pretrial deadlines which defendants Western Best, Inc. d/b/a/ Chicken Ranch, and Western Best LLC ("Western Best Defendants") oppose.  The Court has also considered the *Motion to Withdraw* (ECF No. 373) ("Motion") by plaintiff's attorney Jason D. Guinasso, Esq. and the *Nonopposition* (ECF No. 381) to the Motion by defendant Las Vegas Bistro, LLC.

The Court grants attorney Guinasso's Motion and a reasonable extension of discovery and pretrial deadlines as proposed by plaintiffs in the Dispute Stipulation.

**Motion To Withdraw**

The Court grants attorney Guinasso's Motion because he has shown good cause to withdraw and satisfied the requirements under Local Rule IA 11-6 and Rule 1.16(b) of the Nevada Rules of Professional Responsibility.

//

//

//

//

//

1

**Dispute Stipulation**

As to the Dispute Stipulation, the Court grants plaintiffs' request to extend the discovery and pretrial deadlines in order to secure substitute local counsel. "The district court has wide discretion in controlling discovery[.]" Tradebay, *LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011) (*citing Little v. City of Seattle*, 863 F.2d 681, 685 (9th Cir. 1988)). While plaintiffs' counsel from the National Center on Sexual Exploitation have not shown they have limited resources or are ill-equipped for this action, the Court finds that plaintiffs have otherwise shown good cause to support a reasonable extension of discovery and pretrial deadlines. Plaintiffs' local counsel has shown good cause supporting his withdraw, which affect the plaintiffs' abilities to meet the current deadlines. Plaintiffs' counsel further represent that they "have a law firm that is willing, interested, and able to join this lawsuit, but that law firm's participation is contingent on Plaintiffs receiving a stay or extension of the discovery deadlines…" *ECF No. 374* at 4:4-6.

**ORDER**

For the foregoing reasons:

**IT IS ORDERED** that the plaintiff's proposal to extend discovery and pretrial deadlines in the parties' *Stipulation Regarding Discovery Dispute* (ECF No. 374) is **GRANTED**. The new discovery and pretrial deadlines applicable to plaintiffs and the Western Best Defendants are as follows:

Discovery cut-off is **July 30, 2026.**

Expert discovery cut-off is **July 15, 2026.**

Dispositive motions deadline is **August 30, 2026.**

Pretrial order is **September 30, 2026.**

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections to them must be included in the joint pretrial order.

**IT IS FURTHER ORDERED** that all other relief and proposals requested by the *Stipulation Regarding Discovery Dispute* (ECF No. 374) are **DENIED**.

**IT IS FURTHER ORDERED** the *Motion to Withdraw* (ECF No. 373) by plaintiff's attorney Jason D. Guinasso is **GRANTED**.  The Court Clerk is kindly requested to remove Mr. Guinasso from the CM/ECF docket.

 **IT IS FURTHER ORDERED** that plaintiffs shall file Notice of Appearance of the new local counsel law firm by no later than **March 6, 2026**.

DATED:  February 20, 2026.

**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

3