# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Angela Williams, *et al.*,

               Plaintiffs,

vs.

Jamal Rashid, *et al.*,

               Defendants.

Case No. 2:21-cv-01676-APG-MDC

**ORDER GRANTING MOTION TO REMOVE ATTORNEY (ECF NO. 420)**

The Court has reviewed the *Motion to Remove Attorney* (ECF No. 420) ("Motion"). Defendant City of Las Vegas ("City") requests to remove Paul Mata, Esq. from CM/ECF service in this matter. *ECF No. 137*. City states that plaintiffs' claims against it were dismissed with prejudice in this case. *Id.* at 1-2; *see also ECF No. 171*. For good cause shown, the Court therefore grants the Motion.

ACCORDINGLY,

**IT IS ORDERED that:**

1.  The *Motion to Remove Attorney* (ECF No. 420) is **GRANTED**.

2.  Paul Mata, Esq. is to be removed from CM/ECF service in this matter.

DATED: June 24, 2026

IT IS SO ORDERED.

_____

Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

1