CHRISTEN M. PRICE
VICTORIA L. HIRSCH
DANIELLE BIANCULLI PINTER
BENJAMIN W. BULL
KHARI A. JAMES
*Admitted Pro Hac Vice*
**NATIONAL CENTER ON
SEXUAL EXPLOITATION**
1201 F Street NW, Suite 200
Washington, DC 20004
Telephone: (202) 393-7245
*E-mail: cprice@ncoselaw.org
vhirsch@ncoselaw.org*; *dpinter@ncoselaw.org
bbull@ncose.com*; *kjames@ncoselaw.org*

MICHAEL C. KANE
Nevada Bar No. 10096
BRADLEY J. MYERS
Nevada Bar No. 8857
**THE 702FIRM INJURY ATTORNEYS**
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone: (702) 776-3333
Facsimile: (702) 505-9787
*E-mail: mckteam@the702firm.com*

JONATHAN L. HILTON
Nevada Bar No. 16889
GEOFFREY C. PARKER
Nevada Bar No. 16952
**HILTON PARKER LLC**
7658 Slate Ridge Boulevard
Reynoldsburg, Ohio 43068
Telephone: (614) 992-2277
Facsimile: (614) 927-5980
*E-mail: gparker@hiltonparker.com*

*Counsel for Plaintiff Jane Doe #2*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA WILLIAMS, et al., | Case No. 2:21-cv-01676-APG-MDC |
| Plaintiffs, | **Judge Andrew P. Gordon** |
| vs. | **Mag. Judge Maximiliano D. Couvillier, III** |
| STEVE SISOLAK, et al., | **STIPULATION FOR EXTENSION OF TIME REGARDING ATTORNEY FEES AND COSTS PURSUANT TO THE COURT'S ORDER DATED JUNE 9, 2026 [ECF No. 415] AND PROPOSED ORDER** |
| Defendants. | **(First Request)** |

1

COMES NOW Plaintiff Jane Doe #2 ("Plaintiff"), by and through her undersigned counsel of record, and Defendant Las Vegas Bistro, LLC d/b/a Larry Flynt's Hustler Club ("Defendant"), by and through its undersigned counsel of record, hereby stipulate and agree to the following regarding Judge Andrew Gordon's Order (1) Denying Motion for Reconsideration, (2) Denying Amended Motion for Reconsideration, and (3) Granting in Part Motion to Strike and for Sanctions dated June 9, 2026 [ECF No. 415]:

1.      As ordered, counsel for Plaintiff and Defendant met and conferred on June 22, 2026, in a good-faith attempt to determine and agree upon a reasonable amount of attorney's fees and costs. The parties were unable to stipulate to the amount of attorney's fees and costs but agreed to continue conferring. Due to counsel's schedules and the parties' ongoing discussions, the parties believe a brief extension is warranted and may allow the parties to determine whether agreement can be reached without motion practice;

2.      This is the parties' first request to extend the deadlines set forth in the Court's Order [ECF No. 415] for stipulating to the amount of attorney's fees and costs owed or, if no agreement is reached, for Defendant to file a motion for attorney's fees consistent with Local Rule 54-14;

3.      Plaintiff and Defendant request a one-week extension to file any stipulation, extending the deadline to July 3, 2026; and

4.      If the parties are unable to reach agreement, Defendant requests a corresponding one-week extension , to July 21, 2026,  to file a motion for attorney's fees consistent with Local Rule 54-14.

**IT IS SO STIPULATED.**

DATED this 24th day of June, 2026.

*/s/ Christen M. Price*
CHRISTEN M. PRICE
*Admitted Pro Hac Vice*
**NATIONAL CENTER ON
SEXUAL EXPLOITATION**
1201 F Street NW, Suite 200
Washington, DC 20004
Telephone: (202) 393-7245
**E-mail: *cprice@ncoselaw.org***

*/s/ Michael C. Kane*
MICHAEL C. KANE
Nevada Bar No. 10096
**THE 702FIRM INJURY ATTORNEYS**
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone: (702) 776-3333
Facsimile: (702) 505-9787
***E-mail: mckteam@the702firm.com***

*/s/ Geoffrey C. Parker*
GEOFFREY C. PARKER
Nevada Bar No. 16952
**HILTON PARKER LLC**
7658 Slate Ridge Boulevard
Reynoldsburg, Ohio 43068
Telephone: (614) 992-2277
Facsimile: (614) 927-5980
***E-mail: gparker@hiltonparker.com***

*Counsel for Plaintiff Jane Doe #2*

*/s/ Zachary M. Youngsma*
ZACHARY M. YOUNGSMA
Nevada Bar No. 15680
**SHAFER & ASSOCIATES, P.C.**
3800 Capital City Blvd., Ste. 2
Lansing, Michigan 48906
Telephone: (517) 886-6560
Facsimile: (517) 886-6565
***E-mail: Zack@BradShaferLaw.com***

*Counsel for Defendant Las Vegas Bistro, LLC*

## ORDER

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: June 25, 2026

3