ZACHARY M. YOUNGSMA
Nevada Bar No. 15680
**SHAFER & ASSOCIATES, P.C.**
3800 Capital City Blvd., Ste. 2
Lansing, MI 48906
T: 517-886-6560
F: 517-886-6565
E: Zack@BradShaferLaw.com

*Counsel for Defendant Las Vegas Bistro, LLC*

DEANNA L. FORBUSH*
Nevada Bar No. 6646
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Dr. Ste. 700
Las Vegas, Nevada 89135
T: 702-262-6899
F: 702-597-5503
E: dforbush@foxrothschild.com

**\*** *Designated Nevada Attorney Pursuant to LR IA 11-1(b) and Nev. Sup. Ct. R. 42.1*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA WILLIAMS; et al., <br><br> Plaintiffs, <br><br> v. <br><br> JAMAL RASHID, et al., <br><br> Defendants | Case No.: 2:21-cv-01676-APG-MDC <br><br> **STIPULATION REGARDING THE AMOUNT AND PAYMENT OF ATTORNEY'S FEES AND COSTS AWARDED PURSUANT TO ECF NO. 415 AND PROPOSED ORDER** |

Plaintiff JANE DOE #2 ("JD2"), through her counsel of record, the National Center on Sexual Exploitation, the 702Firm Injury Attorneys, and Hilton Parker LLC; Defendant LAS VEGAS BISTRO, LLC ("Bistro"), through its undersigned counsel of record; and Guinasso Law, Ltd., hereby stipulate and agree as follows:

1.     On June 9, 2026, the Court entered its Order (1) Denying Motion for Reconsideration, (2) Denying Amended Motion for Reconsideration, and (3) Granting in Part Motion to Strike and for Sanctions. ECF No. 415.

2.      The parties have conferred and agree that, for purposes of resolving the amount of attorney's fees and costs awarded to Bistro under ECF No. 415, the amount owed is Twenty-Eight Thousand Dollars ($28,000.00).

3.      Consistent with ECF No. 415, the National Center on Sexual Exploitation and Guinasso Law, Ltd. remain jointly and severally responsible for payment of the full $28,000.00 until Bistro receives the full amount in cleared funds. Any allocation of payment responsibility between the National Center on Sexual Exploitation and Guinasso Law, Ltd. does not modify the joint-and-several nature of the obligation to Bistro.

4.      Payment shall be made to Bistro through its counsel of record, Shafer & Associates, P.C., according to the following schedule:

a.      Fourteen Thousand Dollars ($14,000.00) shall be paid within thirty (30) days after entry of the Court's order approving this stipulation;

b.      Seven Thousand Dollars ($7,000.00) shall be paid within sixty (60) days after entry of the Court's order approving this stipulation; and

c.      Seven Thousand Dollars ($7,000.00) shall be paid within ninety (90) days after entry of the Court's order approving this stipulation.

5.      Payments are not deemed made until received by Bistro's counsel in cleared funds. Payment shall be made by cashier's check, business check, or other method agreed to by Bistro's counsel in writing. Checks shall be made payable to Shafer & Associates, P.C. If any payment deadline falls on a Saturday, Sunday, or federal holiday, payment shall be due on the next business day.

6.      The fee/cost award under ECF No. 415 is not satisfied unless and until Bistro receives the full $28,000.00 in cleared funds.

7.      The National Center on Sexual Exploitation and/or Guinasso Law, Ltd. may pay any remaining balance early without penalty.

2

8.      If any required payment is not received within three (3) calendar days after the payment is due, without further notice, such failure shall constitute a default and the then-unpaid balance shall become immediately due and payable.

9.      Upon default, the then-unpaid balance shall accrue interest from the date of default until paid in full at the rate of six percent (6%) per annum.

10.     If Bistro is required to enforce this stipulation and/or the Court's order approving it because of default, Bistro shall be entitled to recover all reasonable fees and costs incurred in enforcement, separate from and in addition to the unpaid balance, and without waiver of any right to seek other recoverable fees or costs arising from ECF No. 415.

11.     Upon Bistro's receipt of the full $28,000.00 in cleared funds, the fee/cost award under ECF No. 415 shall be deemed satisfied.

12.     No modification of the payment schedule or terms shall be effective unless in writing and approved by the Court or agreed to in writing by Bistro.

13.     This stipulation resolves only the amount and payment of the attorney's fees and costs awarded to Bistro under ECF No. 415. Nothing in this stipulation modifies any other portion of ECF No. 415 or any other order entered in this action.

IT IS SO STIPULATED.


Dated: July 2, 2026                                Respectfully Submitted,


**SHAFER & ASSOCIATES, P.C.**                    **GUINASSO LAW, LTD.**


*/s/ Zachary M. Youngsma*                         */s/ Jason D. Guinasso*
Zachary M. Youngsma                               Jason D. Guinasso, Esq.
Nevada Bar No. 15680                              Nevada Bar No. 8478
**SHAFER & ASSOCIATES, P.C.**                    **GUINASSO LAW, LTD.**
3800 Capital City Blvd., Ste. 2                   5371 Kietzke Lane
Lansing, Michigan 48906                           Reno, Nevada 89511
T: 517-886-6560                                   T: 775-993-8899
F: 517-886-6565                                   E: jason@guinassolaw.com
E: Zack@BradShaferLaw.com

3

*Counsel for Defendant Las Vegas Bistro, LLC*     *On behalf of Guinasso Law, Ltd.*

**NATIONAL CENTER ON SEXUAL EXPLOITATION**

*/s/ Christen M. Price*
Christen M. Price
*Admitted Pro Hac Vice*
**NATIONAL CENTER ON SEXUAL EXPLOITATION**
1201 F Street NW, Suite 200
Washington, DC 20004
T: 202-393-7245
E: cprice@ncoselaw.org

*Counsel for Plaintiffs*

## ORDER

**IT IS SO ORDERED.**

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Dated: _____ July 6, 2026 _____