MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
**THE702FIRM INJURY ATTORNEYS**
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone: (702) 776-3333
Facsimile: (702) 505-9787
***E-Mail:*** ***mckteam@the702firm.com***
*and*
JONATHAN L. HILTON, ESQ.
Nevada Bar No. 16889
GEOFFREY C. PARKER, ESQ.
Nevada Bar No. 16952
**HILTON PARKER LLC**
7658 Slate Ridge Boulevard
Reynoldsburg, Ohio 43068
Telephone: (614) 992-2277
Facsimile: (614) 927-5980
***E-Mail:*** ***gparker@hiltonparker.com***

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ANGELA WILLIAMS; JANE DOE #1; JANE DOE #2;

Plaintiffs,

vs.

STEVE SISOLAK, Governor of Nevada, in his official capacity; AARON FORD, Attorney General of Nevada, in his official capacity; THE CITY OF LAS VEGAS; CLARK COUNTY; NYE COUNTY; WESTERN BEST, INC. D/B/A CHICKEN RANCH; WESTERN BEST LLC; JAMAL RASHID; MALLY MALL MUSIC, LLC; FUTURE MUSIC, LLC; PF SOCIAL MEDIA MANAGEMENT, LLC; E.P. SANCTUARY; BLU MAGIC MUSIC, LLC; EXCLUSIVE BEAUTY LOUNGE, LLC; FIRST INVESTMENT PROPERTY LLC; V.I.P. ENTERTAINMENT, LLC; MP3 PRODUCTIONS, INC.; MMM PRODUCTIONS, INC.; SHAC, LLC D/B/A SAPPHIRE GENTLEMAN'S CLUB AND/OR SAPPHIRE; SHAC MT, LLC; and LAS VEGAS BISTRO, LLC D/B/A LARRY FLYNT'S HUSTLER CLUB;

Defendants.

Case No.: 2:21-cv-01676-APG-MDC

**STIPULATION AND ORDER TO GRANT DEFENDANTS' MOTION FOR LEAVE TO SUPPLEMENT AND TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO STRIKE PLAINTIFF JANE DOE #1'S DAMAGES**

Plaintiff Jane Doe #1, by and through her counsel of record, The702Firm Injury Attorneys, Hilton Parker LLC, and the National Center on Sexual Exploitation, and Defendants Western Best, Inc. d/b/a Chicken Ranch and Western Best, LLC (collectively, the "Western Best Defendants"), by and through their counsel of record, Fox Rothschild LLP, hereby agree and stipulate as follows:

1. On July 31, 2026, the Western Best Defendants filed their Motion to Strike Plaintiff Jane Doe #1's ("Plaintiff") Damages Pursuant to FRCP 37(c)(1), as disclosed in Plaintiff's Fourth Supplemental Disclosure Pursuant to FRCP 26(a)(1). (ECF No. 429.)

2. Pursuant to D. Nev. LR 7-2(b), the deadline for Plaintiff to respond to the Motion to Strike is currently August 14, 2026.

3. On August 5, 2026, Plaintiff served her Fifth Supplemental Disclosure Pursuant to FRCP 26(a)(1), which disclosed additional damages not included in her Fourth Supplement.

4. On August 7, 2026, the Western Best Defendants filed a Motion for Leave to Supplement their Motion to Strike so that Plaintiff's newly declared damages could be addressed. (ECF No. 430.)

5. Plaintiff has no objection to the Western Best Defendants supplementing their Motion to Strike.

6. The Parties agree that it would conserve the Parties' resources and judicial resources to consolidate the briefing related to the Western Best Defendants' pending Motion to Strike and the briefing related to any subsequent supplement.

7. Therefore, the Parties hereby agree, stipulate, and respectfully request that the Court grant the Western Best Defendants' Motion for Leave to Supplement their Motion to Strike (ECF No. 430).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

8. Additionally, the Parties agree, stipulate, and respectfully request that the Court extend the deadline for Plaintiff Jane Doe #1 to respond to Defendants' original Motion to Strike Plaintiff Jane Doe #1's Damages Pursuant to FRCP 37(c)(1) (ECF No. 429) until the earlier of: (a) September 4, 2026; or (b) fourteen days after the date on which the Western Best Defendants file their forthcoming Supplement to their Motion to Strike Plaintiff Jane Doe #1's Damages Pursuant to FRCP 37(c)(1), so that Plaintiff may respond to the Motion to Strike and the supplement in one consolidated response.

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that Western Best Defendants shall their Supplement to Motion to Strike by **August 27, 2026**. Plaintiff Jane Doe #1 may file her consolidated opposition to the motion and supplement by **September 10, 2026**. Western Best Defendants may file reply to plaintiff's consolidated response in accordance with LR 7-2(b).

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: August 13, 2026

DATED August 13, 2026.

Respectfully submitted,

**HILTON PARKER LLC**

/s/ ***Geoffrey C. Parker***
GEOFFREY C. PARKER, ESQ.
Nevada Bar No. 16952
7658 Slate Ridge Boulevard
Reynoldsburg, Ohio 43068
Telephone: (614) 992-2277
Facsimile: (614) 927-5980
***E-Mail:***
***gparker@hiltonparker.com***

*Attorney for Plaintiff Jane Doe #1.*

**FOX ROTHSCHILD LLP**

/s/ ***Kelsey G. Henderson***
DEANNA L. FORBUSH
REX D. GARNER
KELSEY G. HENDERSON
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135

*Attorneys for Defendants Western Best, LLC and Western Best, Inc. dba Chicken Ranch*