UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANGELA WILLIAMS; JANE DOE #1; JANE DOE #2,

Plaintiffs,

v.

STEVE SISOLAK, Governor of Nevada, in his official capacity; AARON FORD, Attorney General of Nevada, in his official capacity; THE CITY OF LAS VEGAS; CLARK COUNTY; NYE COUNTY; WESTERN BEST, INC. D/B/A CHICKEN RANCH; WESTERN BEST LLC; JAMAL RASHID; MALLY MALL MUSIC, LLC; FUTURE MUSIC, LLC; PF SOCIAL MEDIA MANAGEMENT, LLC; E.P. SANCTUARY; BLU MAGIC MUSIC, LLC; EXCLUSIVE BEAUTY LOUNGE, LLC; FIRST INVESTMENT PROPERTY LLC; V.I.P. ENTERTAINMENT, LLC; MP3 PRODUCTIONS, INC.; MMM PRODUCTIONS, INC.; SHAC, LLC D/B/A SAPPHIRE GENTLEMAN'S CLUB AND/OR SAPPHIRE; SHAC MT, LLC; and LAS VEGAS BISTRO, LLC D/B/A LARRY FLYNT'S HUSTLER CLUB,

Defendants.

Case No. 2:21-cv-01676-APG-MDC

**ORDER GRANTING JOINT MOTION AND SETTING SIX-MONTH DISCOVERY SCHEDULE FOR CLAIMS BETWEEN PLAINTIFF JANE DOE #2 AND DEFENDANTS SHAC, LLC AND SHAC MT, LLC**

Before the Court is the Joint Motion to Set Discovery Schedule for Claims Between Plaintiff Jane Doe #2 and Defendants SHAC, LLC and SHAC MT, LLC (ECF No. 445) (the "Joint Motion"). Good cause appearing, IT IS ORDERED that the Joint Motion is GRANTED as to the six-month schedule jointly requested by the parties. The following discovery plan and scheduling order governs the claims between Plaintiff Jane Doe #2 and Defendants SHAC, LLC and SHAC MT, LLC (collectively, "SHAC"):

1. Expert Disclosures: Expert disclosures, together with concomitant expert reports, by both Plaintiff Jane Doe #2 and the SHAC Defendants shall be made on or before January 29, 2027.

2. Rebuttal Expert Disclosures: Rebuttal expert disclosures shall be made on or before February 26, 2027.

3. Expert Discovery Cutoff: All expert discovery shall be completed on or before March 26, 2027.

4. Fact Discovery Cutoff: All discovery shall be completed on or before March 26, 2027.

5. Dispositive Motion Deadline: All dispositive motions shall be filed on or before April 26, 2027. In the event that the discovery period is extended from the discovery cutoff date set forth in this Scheduling Order, the deadline for filing dispositive motions shall be extended to not later than thirty (30) days from the subsequent discovery cutoff date.

6. Pretrial Order Deadline: The joint pretrial order shall be filed on or before May 25, 2027. **In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after the decision on the dispositive motions or until further order of the Court.** In the further event that the discovery period is extended from the discovery cutoff date set forth in this Scheduling Order, the date for filing the joint pretrial order shall be extended in accordance with the time periods set forth in this paragraph.

IT IS FURTHER ORDERED that Jane Doe #2's alternative request for a ten-month discovery schedule is DENIED as moot.

IT IS FURTHER ORDERED that these deadlines supersede the deadlines in ECF No. 282 only as to the claims between Jane Doe #2 and SHAC and do not alter the deadlines governing any other party.

**IT IS SO ORDERED.**

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: October 29, 2026